# CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Donald Finch ("Plaintiff"), hereby declare as to the following claims asserted under the federal securities laws that:

1. Plaintiff has reviewed the complaint filed in this action.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of Plaintiff's counsel or to participate in this action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in iAnthus Capital Holdings Inc. (OTC: ITHUF) securities that are the subject of this action:

| Shares Acquired | Shares Purchased /Sold | Transaction Date | Price Per Share |
|---|---|---|---|
| See Attached Spreadsheet | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5. Plaintiff will actively monitor and vigorously pursue this action for the Class' benefit.

6. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws during the three years prior to the date of this Certification.

7. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) or other award directly relating to the representation of the Class as the Court orders or approves.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 4/18/2020 day of April, 2020.

*Donald W. Finch*
8F7D1E595C38445...
Donald Finch

IANTHUS CAPITAL HOLDINGS, INC. - DONALD FINCH

| Trade Date | Order Type | Security | Quantity | Executed Price |
|---|---|---|---|---|
| 6/20/2018 | BUY | ITHUF | 1,000 | 5.7 |
| 6/27/2018 | BUY | ITHUF | 500 | 5.15 |
| 7/16/2018 | BUY | ITHUF | 500 | 4.9 |