AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

IN RE iANTHUS CAPITAL HOLDINGS, INC.

| SECURITIES LITIGATION ) | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-03135-LAK |
| ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff, JOSE ANTONIO SILVA.

Date: 07/10/2020

/s/Michael Grunfeld
*Attorney's signature*

Michael Grunfeld (MG1890)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016

*Address*

mgrunfeld@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(917) 463-1044
*FAX number*

[Print]  [Save As...]  [Reset]