# Ariana Barbosa

**From:** Michael Grunfeld
**Sent:** Monday, September 14, 2020 11:23 AM
**To:** Ariana Barbosa
**Subject:** Fw: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

---

**From:** Chad Albert <calbert@levinelee.com>
**Sent:** Thursday, September 10, 2020 2:46 PM
**To:** Michael Grunfeld <mgrunfeld@pomlaw.com>; Seth Levine <slevine@levinelee.com>; Sanders, James L. <JSanders@reedsmith.com>; Turetsky, Ian M. <ITuretsky@reedsmith.com>
**Subject:** RE: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

Michael,

We consent to the re-filing on behalf of the iAnthus defendants.

Separately, we had broached the idea of filing a joint letter seeking clarification from the Court on the parties' stipulation, given that the Court has not yet signed it.  All defendants are on board with this.  Did you want to raise the idea with the other plaintiff and report back?

Thanks,

Chad

**From:** Michael Grunfeld <mgrunfeld@pomlaw.com>
**Sent:** Tuesday, September 8, 2020 3:09 PM
**To:** Seth Levine <slevine@levinelee.com>; Chad Albert <calbert@levinelee.com>; Sanders, James L. <JSanders@reedsmith.com>; Turetsky, Ian M. <ITuretsky@reedsmith.com>
**Subject:** FW: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

## --EXTERNAL--

Dear all,

Following-up on the Notice below, please let me know if you consent on behalf of Defendants to the re-filing of Lead Plaintiff's  Consolidated Amended Class Action Complaint, to address the issue raised in the Notice.

Best regards,

Michael

Michael Grunfeld
**POMERANTZ**LLP

600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9994
mgrunfeld@pomlaw.com

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, September 8, 2020 2:33 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/8/2020 at 2:32 PM EDT and filed on 9/8/2020
**Case Name:**         IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION
**Case Number:**       1:20-cv-03135-LAK
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Michael Grunfeld re: Document No. [48] Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; party Jose Antonio Silva must be added as Lead Plaintiff; Court's leave has not been granted. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (jgo)**

**1:20-cv-03135-LAK Notice has been electronically mailed to:**

Timothy John MacFall      tjm@rigrodskylong.com, bdl@rl-legal.com, gms@rl-legal.com, jd@rl-legal.com, lw@rl-legal.com, mar@rl-legal.com, pa@rl-legal.com, sdr@rl-legal.com

Phillip C. Kim      pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Seth L. Levine      slevine@levinelee.com, managingclerk@levinelee.com

Gregory Bradley Linkh      glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Michael Paul O'Mullan      momullan@riker.com

Richard Joseph lamar Lomuscio      rlomuscio@riker.com

Thomas G. Amon    tamon@amonlaw.com

Jeremy Alan Lieberman    jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

Michael Grunfeld    mgrunfeld@pomlaw.com

Joseph Alexander Hood, II    ahood@pomlaw.com, abarbosa@pomlaw.com

Ian Marcus Turetsky    ituretsky@reedsmith.com, DocketingECFNYC@ReedSmith.com, ian-turetsky-7344@ecf.pacerpro.com

Katie Gant Crane (Terminated)    kcrane@levinelee.com

Chad Albert    calbert@levinelee.com

James Sanders    jsanders@reedsmith.com

Jason Mayer    jmayer@reedsmith.com, jason-mayer-5271@ecf.pacerpro.com

**1:20-cv-03135-LAK Notice has been delivered by other means to:**

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any    attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 661-1100 and permanently delete all copies of the email and any attachments.