## Ariana Barbosa

| | |
|---|---|
| **From:** | Michael Grunfeld |
| **Sent:** | Monday, September 14, 2020 11:23 AM |
| **To:** | Ariana Barbosa |
| **Subject:** | Fw: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading |

---

**From:** Sanders, James L. <JSanders@ReedSmith.com>
**Sent:** Monday, September 14, 2020 11:15 AM
**To:** Michael Grunfeld <mgrunfeld@pomlaw.com>; Chad Albert <calbert@levinelee.com>; Seth Levine <slevine@levinelee.com>; Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Richard <rlomuscio@RIKER.com>
**Subject:** RE: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

Yes, the Gotham Green defendants consent to the re-filing.  Thanks.

James L. Sanders
Reed Smith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
310-734-5418 - Office
310-497-4515 - Cell
jsanders@reedsmith.com

---

**From:** Michael Grunfeld <mgrunfeld@pomlaw.com>
**Sent:** Monday, September 14, 2020 11:13 AM
**To:** Chad Albert <calbert@levinelee.com>; Seth Levine <slevine@levinelee.com>; Sanders, James L. <JSanders@ReedSmith.com>; Turetsky, Ian M. <ITuretsky@ReedSmith.com>
**Cc:** Richard <rlomuscio@RIKER.com>
**Subject:** Re: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

==EXTERNAL E-MAIL - From mgrunfeld@pomlaw.com==

I am copying in Rich, who i think is open to a joint letter seeking clarification on the scheduling stipulation (though I don't want to speak for Rich). I would like to get this letter in by Wednesday, noting that the defendants in the securities class action consent to refiling of the complaint, or please let me know separately if the Gotham Green defendants consent to re-filing the complaint, so we can get that on file.

Best regards,

Michael

**From:** Michael Grunfeld <mgrunfeld@pomlaw.com>
**Sent:** Thursday, September 10, 2020 3:00 PM
**To:** Chad Albert <calbert@levinelee.com>; Seth Levine <slevine@levinelee.com>; Sanders, James L. <JSanders@reedsmith.com>; Turetsky, Ian M. <ITuretsky@reedsmith.com>
**Subject:** RE: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

Thanks, Chad.  I'll reach out to the other plaintiff.  Do the Gotham Green defendants consent to re-filing the complaint?  If so, I'll attach this email chain as an exhibit when refiling, per the Court's instruction below.

Michael

**From:** Chad Albert <calbert@levinelee.com>
**Sent:** Thursday, September 10, 2020 2:47 PM
**To:** Michael Grunfeld <mgrunfeld@pomlaw.com>; Seth Levine <slevine@levinelee.com>; Sanders, James L. <JSanders@reedsmith.com>; Turetsky, Ian M. <ITuretsky@reedsmith.com>
**Subject:** RE: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

Michael,

We consent to the re-filing on behalf of the iAnthus defendants.

Separately, we had broached the idea of filing a joint letter seeking clarification from the Court on the parties' stipulation, given that the Court has not yet signed it.  All defendants are on board with this.  Did you want to raise the idea with the other plaintiff and report back?

Thanks,

Chad

**From:** Michael Grunfeld <mgrunfeld@pomlaw.com>
**Sent:** Tuesday, September 8, 2020 3:09 PM
**To:** Seth Levine <slevine@levinelee.com>; Chad Albert <calbert@levinelee.com>; Sanders, James L. <JSanders@reedsmith.com>; Turetsky, Ian M. <ITuretsky@reedsmith.com>
**Subject:** FW: Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

**--EXTERNAL--**

Dear all,

Following-up on the Notice below, please let me know if you consent on behalf of Defendants to the re-filing of Lead Plaintiff's  Consolidated Amended Class Action Complaint, to address the issue raised in the Notice.

2

Best regards,

Michael

Michael Grunfeld
**POMERANTZ**LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Phone: 212-661-1100
Direct Dial:  646-581-9994
mgrunfeld@pomlaw.com

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, September 8, 2020 2:33 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-03135-LAK IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION Notice to Attorney Regarding Deficient Pleading

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/8/2020 at 2:32 PM EDT and filed on 9/8/2020

**Case Name:**        IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION
**Case Number:**      1:20-cv-03135-LAK
**Filer:**
**Document Number:** No document attached
**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Michael Grunfeld re: Document No. [48] Amended Complaint,. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; party Jose Antonio Silva must be added as Lead Plaintiff; Court's leave has not been granted. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents... File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (jgo)**

**1:20-cv-03135-LAK Notice has been electronically mailed to:**

Timothy John MacFall      tjm@rigrodskylong.com, bdl@rl-legal.com, gms@rl-legal.com, jd@rl-legal.com, lw@rl-legal.com, mar@rl-legal.com, pa@rl-legal.com, sdr@rl-legal.com

Phillip C. Kim      pkim@rosenlegal.com, pkrosenlaw@ecf.courtdrive.com

Seth L. Levine     slevine@levinelee.com, managingclerk@levinelee.com

Gregory Bradley Linkh     glinkh@glancylaw.com, greg-linkh-2000@ecf.pacerpro.com, info@glancylaw.com

Michael Paul O'Mullan     momullan@riker.com

Richard Joseph lamar Lomuscio     rlomuscio@riker.com

Thomas G. Amon     tamon@amonlaw.com

Jeremy Alan Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com, tcrockett@pomlaw.com

Michael Grunfeld     mgrunfeld@pomlaw.com

Joseph Alexander Hood, II     ahood@pomlaw.com, abarbosa@pomlaw.com

Ian Marcus Turetsky     ituretsky@reedsmith.com, DocketingECFNYC@ReedSmith.com, ian-turetsky-7344@ecf.pacerpro.com

Katie Gant Crane (Terminated)     kcrane@levinelee.com

Chad Albert     calbert@levinelee.com

James Sanders     jsanders@reedsmith.com

Jason Mayer     jmayer@reedsmith.com, jason-mayer-5271@ecf.pacerpro.com

**1:20-cv-03135-LAK Notice has been delivered by other means to:**

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any      attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 661-1100 and permanently delete all copies of the email and any attachments.

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01