**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No.: 1:20-cv-03135-LAK |
| THIS DOCUMENT RELATES TO: SECURITIES CLASS ACTION (CASE Nos: 1:20-cv-03135 AND 1:20-cv-03513) | |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF**
**LEAD PLAINITFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS**
**TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is counsel for Lead Plaintiff in this Action. I am a member in good standing of the bar of this Court.  I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss the Consolidated Amended Class Action Complaint in this action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a webpage of OTC Markets Group Inc. ("OTC Markets Group") describing its OTCQX and OTCQB Markets. This document is accessible at https://www.otcmarkets.com/corporate-services/when-to-consider, last accessed on January 5, 2021.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a webpage of OTC Markets Group titled "Get Started: OTCQX & OTCQB." This document is accessible at https://www.otcmarkets.com/corporate-services/get-started, last accessed on January 5, 2021.

4.      Attached hereto as Exhibit 3 is a press release that iAnthus issued on January 24, 2019, titled "iAnthus Named to 2019 OTCQX Best 50," which is accessible at https://www.ianthus.com/news-events/press-releases/detail/94/ianthus-named-to-2019-otcqx-best-50, last accessed on January 5, 2021.

5.      Attached hereto as Exhibit 4 are true and correct copies of webpages of OTC Markets Group describing (A) the listing requirements of the OTCQX market for companies incorporated outside the United States; and (B) the listing requirements of the OTCQB market. These documents are accessible at https://www.otcmarkets.com/corporate-services/get-started/otcqx-international and https://www.otcmarkets.com/corporate-services/get-started/otcqb, last accessed on January 5, 2021.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a webpage of OTC Markets Group showing that it is based in New York. This webpage is accessible at https://www.otcmarkets.com/contact, last accessed on January 5, 2021.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a webpage of OTC Markets Group showing that OTC Link® ATS  is an SEC registered Alternative Trading System.  This webpage is accessible at https://www.otcmarkets.com/learn/finra-sec-rules, last accessed on January 5, 2021.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Lead Plaintiff Jose Antonio Silva in Support of Opposition to Defendants' Motions to Dismiss.

9.      Attached hereto as Exhibit 8 are true and correct copies of webpages of TD Ameritrade (A) stating that TD Ameritrade is "one of the largest discount brokerages in the United States" and (B) listing its branches throughout the United States but none internationally. These documents are accessible at https://www.tdameritrade.com/about-us.page and https://www.tdameritrade.com/branches.page, last accessed on January 8, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
       January 8, 2020

                                                    _/s/ Michael Grunfeld_
                                                     Michael Grunfeld