# Exhibit 1

# When To Consider? | OTC Markets

OTC **otcmarkets.com**/corporate-services/when-to-consider

- Corporate Services
- When To Consider?

When To Consider?

OverviewWhy OTC Markets Group
When To Consider?

Get Started: OTCQX & OTCQBProducts
Become a Sponsor

Information for Pink Companies

Fee Schedule

Transfer Agent Verified Shares Program

Premium Provider Directory

Whitepapers

Qualified Foreign Exchange

Webinars

...

Upgrading to one of our premium markets

We've designed our markets to support informed and efficient trading for all companies in the public markets. Our goal is to allow you to focus on growing your business - while having access to additional resources, capital formation, liquidity and visibility. Upgrading to our OTCQX or OTCQB market demonstrates your commitment to investors by giving them access to the most current information possible while reducing the trading limits and restrictions companies may face on the Pink Market.

Market 101 >

Cross-Trading

We provide international companies with an efficient and transparent trading experience in the U.S. market. Choosing to trade on our markets allows you to access new capital and to expand your shareholder base in the U.S., without the duplicative regulatory requirements of

a U.S. exchange listing. Our markets allow companies to use their home country disclosure in English in lieu of SEC reporting.

12g3-2(b) ›

Qualified Foreign Exchange ›

Going Public

We take the pain out of "going public." Allowing private companies to raise capital and provide liquidity for existing shareholders without the resource drain common in the typical IPO process. In the dynamic world of online capital raising, we've developed multiple entryways into the public markets, allowing you to reward your stakeholders in a manner that is most suitable for you.

Regulation A+ ›

Jobs Act ›

Slow PO ›

Getting Traded (Form 211) ›

Delisting from a national exchange

Companies that join our markets from an exchange enjoy reduced cost and complexity, without compromising their shareholders experience. Our markets allow companies to reduce regulatory and legal costs, while improving shareholder value. We offer a seamless transition for companies coming off of a national exchange by enabling companies to maintain their SEC reporting obligations or provide their financial information through alternative methods.

Reporting Requirements ›