# Exhibit 2

# Get Started: OTCQX & OTCQB

**OTC** otcmarkets.com/corporate-services/get-started

- Corporate Services
- Get Started: OTCQX & OTCQB

Get Started: OTCQX & OTCQB

OverviewWhy OTC Markets GroupWhen To Consider?
Get Started: OTCQX & OTCQB

Products
Become a Sponsor

Information for Pink Companies

Fee Schedule

Transfer Agent Verified Shares Program

Premium Provider Directory

Whitepapers

Qualified Foreign Exchange

Webinars

...

The OTCQX® Best Market is for established, investor-focused U.S. and international companies. To qualify for the OTCQX market, companies must meet high financial standards, follow best practice  corporate governance, demonstrate compliance with U.S. securities laws, be current in their disclosure, and have a professional third-party sponsor introduction. Penny stocks, shells and companies in bankruptcy cannot qualify for OTCQX. The companies found on OTCQX are distinguished by the integrity of their operations and diligence with which they convey their qualifications.

International Companies ❯

U.S. Companies ❯

U.S. Community Banks ❯

Subscribe to Our Newsletter



Stay up to date on the latest company news, industry trends and regulatory changes that affect our markets and learn about members of our community.

The OTCQB® Venture Market is for early-stage and developing U.S. and international companies. To be eligible, companies must be current in their reporting and undergo an annual verification and management certification process. Companies must meet $0.01 bid test and may not be in bankruptcy.

U.S. and International Companies ❯