# Exhibit 3

January 24, 2019

# iAnthus

# iAnthus Named to 2019 OTCQX Best 50

NEW YORK and TORONTO, Jan. 24, 2019 /PRNewswire/ -iAnthus Capital Holdings, Inc. ("iAnthus" or "the Company"), (OTCQX: ITHUF, CSE: IAN), which owns, operates, and partners with licensed cannabis operations throughout the United States, is pleased to announce it has been named to the 2019 OTCQX® Best 50, a ranking of top performing companies traded on the OTCQX Best Market last year.



The OTCQX Best 50 is an annual ranking of the top 50 U.S. and international companies traded on the OTCQX market. The list is calculated based on an equal weighting of one-year total return and average daily dollar volume growth in the previous calendar year. Companies on the 2019 OTCQX Best 50 were ranked based on their performance in 2018.

"It's an honor to be recognized by OTC Markets as the third best performing stock traded on the OTCQX Best Market in 2018," said Julius Kalcevich, CFO at iAnthus. "As investors pay closer attention to the cannabis industry, it becomes increasingly clear that iAnthus isn't just another cannabis stock, but a world-class operator working hard to deliver value to its shareholders. We look forward to an even stronger performance in 2019."

For the complete 2019 OTCQX Best 50 ranking, visit https://www.otcmarkets.com/files/2019_OTCQX_Best_50.pdf.

The OTCQX Best Market offers transparent and efficient trading of established, investor-focused U.S. and global companies. To qualify for the OTCQX market, companies must meet high financial standards, follow best practice corporate governance, demonstrate compliance with U.S. securities laws and have a professional third-party sponsor introduction. The companies found on OTCQX are distinguished by the integrity of their operations and diligence with which they convey their qualifications.

**About iAnthus Capital Holdings, Inc.**
iAnthus Capital Holdings, Inc. owns and operates best-in-class licensed cannabis cultivation, processing and dispensary facilities throughout the United States, providing investors diversified exposure to the U.S. regulated cannabis industry. Founded by entrepreneurs with decades of experience in operations, investment banking, corporate finance, law and healthcare services, iAnthus provides a unique combination of capital and hands-on operating and management expertise. The Company uses these skills to support operations across six states. For more information, visit www.iAnthusCapital.com.



C View original content to download multimedia:http://www.prnewswire.com/news-releases/ianthus-named-to-2019-otcqx-best-50-300783412.html

SOURCE iAnthus Capital Holdings, Inc.