# Exhibit 4



# OTCQX International | OTC Markets

 **otcmarkets.com**/corporate-services/get-started/otcqx-international

Qualifications

## Eligibility Standards

- Maintain a listing on a <u>Qualified Foreign Exchange</u> or be an SEC Reporting Company

- Be incorporated outside the U.S.

- Not a Shell Company or Blank-Check Company

- Not subject to any Bankruptcy or reorganization proceedings

- Not a Penny Stock

- Have Priced Quotes by a market maker on OTC Link

- Submit a Letter of Introduction from an <u>OTCQX Sponsor</u>

## Disclosure Standards

Meet one of the following <u>Reporting Standards</u>:

- International Reporting Standard

- SEC Reporting Standard

- Regulation A Reporting Standard

Audited annual financials

Timely disclosure of material news and other information required to be made publicly available pursuant to the Exchange Act Rule 12g3-2(b) published in English, through the OTC Disclosure & News Service or an Integrated Newswire service

## OTCQX International Financial Standards

⌄

## OTCQX International Premier Financial Standards

⌄

OTCQX Sponsor

As part of the approval process, OTCQX Companies are required to submit an introductory letter from an approved OTCQX Sponsor. OTCQX Sponsors can also provide professional guidance to generate investor demand, build long term relationships, and assist the company in adhering to disclosure protocols.

List of Approved OTCQX Sponsors ❯

Sponsor eligibility is limited to the most qualified firms with high levels of capital markets expertise. ADR banks, Corporate Brokers, U.S. investment banks, and U.S. attorneys may apply.

Become an OTCQX Sponsor ❯

Apply for OTCQX

OTCQX International Application Guide ❯

OTCQX Application for International Companies ❯

Background Check Authorization Form ❯

OTCQX Company Agreement ❯

*This is a sample watermarked version of the OTCQX Company Agreement for preview purposes only. Please note that an Analyst at OTC Markets Group will send this Agreement directly to the company via DocuSign at the time of OTCQX approval.*

Rules

**Rules for Issuers**

ⅴ
**Rule Amendments**

ⅴ
**OTCQX International Pilot Program for SPACs**

ⅴ
**Relief for Companies Affected by COVID-19**

ⅴ
Fees

**Annual Fee:** $23,000

**Application Fee:** $5,000

Payment Instructions

Contact

Contact us to learn more about OTCQX International

# B

Case 1:20-cv-03135-LAK    Document 74-4    Filed 01/08/21    Page 7 of 10



AboutBlogOTCIQ     IQ

**Market Activity**

**Corporate Services**

**OTC Link ATS**

**Market Data**

**Learn**

**About**

**Blog**



**Quote**                                                                    Q

📈 **Stock Screener**

Corporate Services / Get Started: OTCQX & OTCQB / OTCQB

**OTCQB**

←
BACK     OTCQX International    OTCQX U.S.    OTCQX U.S. Banks    **OTCQB**

**QUALIFICATIONS**     **Eligibility Requirements**

- U.S. companies must have audited annual financials by a PCAOB auditor. (Tier 2 Regulation A Companies are exempt from requirement to use a PCAOB auditor for their initial audit)

- Meet minimum bid price test of $0.01

- Not be in bankruptcy

- Have at least 50 Beneficial Shareholders, each owning at least 100 shares

- Have a freely traded Public Float of at least 10% of the total issued and outstanding of that security. *Companies with a freely traded Public Float of at least 5% (and $2 million in market value of public float), or a separate class of securities traded on a national exchange may apply for an exemption (see OTCQB Standards)*

- Have a transfer agent that participates in the Transfer Agent Verified Share Program (US Companies only)

- International companies must be listed on a Qualified Foreign Exchange (or SEC Reporting) and submit a Letter of Introduction from an approved OTCQB Sponsor

**Reporting Requirements**

Meet one of the following Reporting Standards:
- SEC Reporting Standard
- Regulation A Reporting Standard (Tier 2)
- U.S. Bank Reporting Standard
- International Reporting Standard
- Alternative Reporting Standard

Timely disclosure of material news

Case 1:20-cv-03135-LAK     Document 74-4     Filed 01/08/21     Page 8 of 10

**Corporate Governance Requirements (Alternative Reporting only)**

- Have a board of directors that includes at least two Independent Directors
- Have an Audit Committee, a majority of the members of which are Independent Directors

**Verification Requirements**

- Maintain a Verified Company Profile
- Post initial and annual verification and management certification

**APPLY FOR OTCQB**

OTCQB Application Guide for U.S. Companies ›

OTCQB Application Guide for International Companies ›

OTCQB Application ›

Background Check Authorization Form ›

OTCQB Company Agreement ›

*This is a sample watermarked version of the OTCQB Agreement for preview purposes only. Please note that an Analyst at OTC Markets Group will send this Agreement directly to the company via Docusign at the time of approval.*

OTCQB Certification Template ›

Personal Information Form ›

Personal Information Form - Additional Disclosure Reporting (upon request only) ›

Alternative Reporting Standard Disclosure Guidelines for OTCQX and OTCQB ›

Additional Disclosure: Mining Companies ›     Oil & Gas Companies ›     Real Estate Companies ›

**RULES**

| Rules for Issuers | ⌄ |
|---|---|
| Rule Amendments | ⌄ |
| Relief for Companies Affected by the COVID-19 | ⌄ |

**FEES**

**Annual Fee:** $14,000
**Semi-Annual Fee:** $7,500
**Application Fee:** $5,000

Payment Instructions

Case 1:20-cv-03135-LAK    Document 74-4    Filed 01/08/21    Page 9 of 10

**CONTACT**  Contact us to learn more about OTCQB

**CONTACT US**

Case 1:20-cv-03135-LAK    Document 74-4    Filed 01/08/21    Page 10 of 10



| QUOTE | | SYMBOL | LAST | CHANGE | BID | ASK | VOLUME | TIME |
|---|---|---|---|---|---|---|---|---|
| | | OTCM | 35.70 | 0.70 (2.00%) | 34.79 | 35.70 | 2843 | 15:31 |

Contact

Careers

Market Hours

Glossary

Markets Group Inc.    **Terms of Service**    **Linking Terms**    **Trademarks**    **Privacy Statement**    **Risk Warning**    **Supported Browsers**    **Do Not Sell My Personal**