# Exhibit 5

# OTC Markets | Official site of OTCQX, OTCQB and Pink Markets

OTC **otcmarkets.com**/contact

⌄

Issuer Services

Trading Services

Media/Public Relations

Market Data

OTCQX Sales

Advertising

OTC Markets Group

300 Vesey Street, 12th Floor

New York, NY 10282

Phone: +1 212.896.4400

London

30 Stamford Street

London, SE1 9LQ

Phone: +44 (0) 20 3950 7235

Washington DC

100 M St SE

Washington, DC

Phone: +1 212 896 4420

Issuer Services

Phone: +1 212.896.4420

Email: issuers@otcmarkets.com



Trading Services

Phone: +1 800.547.8682 (LIST-OTC)

Email: tradingservices@otcmarkets.com

Media/Public Relations

Phone: +1 212.896.4428

Email: media@otcmarkets.com

Market Data

Phone: +1 212.220.2166

Email: marketdata@otcmarkets.com

OTCQX Sales

Phone: +1 212.896.4420

Email: sales@otcmarkets.com

Advertising

Email: advertising@otcmarkets.com