# Exhibit 6

# FINRA / SEC Rules | OTC Markets

OTC [otcmarkets.com/learn/finra-sec-rules](http://otcmarkets.com/learn/finra-sec-rules)

Overview

OTC Markets Group recommends that market participants become familiar with FINRA and SEC regulations that govern trading in securities quoted on OTC Link® ATS, our SEC registered Alternative Trading System. The below list, as well as our OTC Market Regulation reference document, provide summaries of the applicable rules and regulations.

FINRA

Rule 2000 — Business Conduct

Rule 2010 — Standards of commercial honor and principles of trade

Rule 2020 — Use of manipulative, deceptive or other fraudulent devices

Rule 4320 — Short sale delivery requirements

Rule 4560 — Short interest reporting

Rule 5210 — Publication of transactions and quotations

Rule 5220 — Offers at stated prices | Firmness of quotations

Rule 5250 — Payments for market making

Rule 5310 — Best execution and Interpositioning

Rule 5320 — Prohibition Against Trading Ahead of Customer Orders

Rule 6431 — Recording of quotation information

Rule 6432 — Compliance with the Information Requirements of SEC Rule 15c2-11

Rule 6433 — Minimum quotation size requirements for OTC equity securities

Rule 6440 — Trading and quotation halt in OTC equity securities

Rule 6450 — Restrictions on Access Fee

Rule 6460 — Display of Customer Limit Orders

Rule 6490 — Processing of Company-Related Actions

Rule 6600 — OTC Reporting Facility

Rule 6620 — Reporting Transactions in OTC Equity Securities and Restricted Equity Securities

Rule 7400 — Order Audit Trail System (OATS)

SEC

Section 3 — Definitions and applications

Rule 3a38 — Definition of 'Market Maker'

Rule 3a51-1 — Definition of Penny Stock

Section 17B — Automated quotation systems for Penny Stocks

Section 12 — Registration requirements for securities.

Rule 12a-8 — Exemption of Depositary Shares

Rule 12b-2 — Definitions (includes the definition of a Depositary Share)

Rule 12d2-2 — Removal from listing and registration

Rule 12g-1 — Exemption from Section 12(g)

Rule 12g3-2 — Exemptions for American Depositary Receipts and certain foreign securities

Rule 12g-4 — Certification of termination of registration

Rule 12g5-1 — Definition of securities 'Held of Record'

Rule 12g5-2 — Definition of 'Total Assets'

Rule 12h-3 — Suspension of 15(d) reports

Rule 12h-4 — Exemption from 15(d) reports

Rule 12h-6 — Certification by a Foreign Private Issuer regarding the termination of registration of a class of securities under Section 12(g) or the duty to file reports under Section 13(a) or 15(d)

Rule 15c2-11 — Initiation or resumption of quotations without specific information

Rule 15g-"2 — Risk disclosure document relating to the OTC Market

<u>Rule 15g-3</u> —Broker or dealer disclosure of quotations and other information relating to the OTC Market

<u>Rule 15g-5</u> — Disclosure of compensation of associated persons in connection with Penny Stock transactions

<u>Rule 15g-6</u> — Account Statements for Penny Stock customers

<u>Rule 15g-9</u> — Sales practice requirements for certain low-priced securities

<u>Rule 15g-100</u> — Schedule 15G: Information to be included in the document distributed pursuant to 15g-2.

For a complete list of all SEC and FINRA rules, please see:

**SEC Rules** — <u>SEC.gov</u>

**FINRA Rules** — <u>FINRA.org</u>

3/3