# Exhibit 7

DocuSign Envelope ID: AFEB90EA-3B03-44EF-AD1B-00B9736EEB4B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No.: 1:20-cv-03135-LAK |
| | **DECLARATION OF LEAD PLAINTIFF JOSE ANTONIO SILVA IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |
| THIS DOCUMENT RELATES TO: SECURITIES CLASS ACTION (CASE Nos: 1:20-cv-03135 AND 1:20-cv-03513) | |

I, Jose Antonio Silva, hereby declare as follows:

1.    I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motions to Dismiss the Consolidated Amended Class Action Complaint in this action.

2.    I have personal knowledge of the matters attested to in this Declaration.

3.    I was appointed as Lead Plaintiff in this Action on July 9, 2020. (Dkt. No. 41). I submitted a Certification Pursuant to Federal Securities Laws in connection with my motion to be appointed as Lead Plaintiff that included a list of all of my transactions in iAnthus securities during the Class Period in the original complaint in this action. ("Certification," Dkt. No 34-3). My Certification also reflects all of my transactions in iAnthus securities during the Class Period in the Consolidated Amended Class Action Complaint. These transactions were made for iAnthus stock in the over-the-counter market under the trading symbol "ITHUF."

4.    I am a resident of the State of Louisiana in the United States. I provided my address in Louisiana on my Certification, which was redacted from the publicly filed version to protect my personal identifying information.

5.    I have resided in Louisiana from before the start of the Class Period in this action on May 14, 2018, through the present.

6.    I made all of my transactions in iAnthus securities that are reflected in my Certification through my TD Ameritrade brokerage account.

7.    I made all of my transactions in iAnthus securities that are reflected in my Certification myself, directly through my online TD Ameritrade account.

8.    To the best of my knowledge, I made all of my transactions in iAnthus securities that are reflected in my Certification from my home in Louisiana.

9. After I made my online orders for my transactions in iAnthus securities in my TD Ameritrade account, I no longer had the discretion to revoke or cancel those transactions.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this _January 2_ day of _2021_____.

DocuSigned by:

*Jose Antonio Silva*

ADDA23B17E2540E...

Jose Antonio Silva