# Exhibit 8

**A**

# About Us

TD **tdameritrade.com**/about-us.page

## Putting our clients first since 1975

For over 40 years, we've been empowering clients by helping them take control of their financial lives. Today, we're proud to continue to deliver exceptional access to education, resources, and service to help you pursue your goals with confidence.

## About TD Ameritrade

When the Securities and Exchange Commission eliminated the practice of fixed brokerage commissions on May 1, 1975, none of the major brokerage firms at the time thought anyone would 'break ranks' and offer discounted commissions. But, a handful of small firms, including First Omaha Securities, Inc., saw a unique opportunity. First Omaha Securities evolved into TD Ameritrade, and for over 40 years has remained a pioneer in an industry that continues to innovate new ways that make Wall Street more accessible to the individual investor.

In the 1980s and 1990s, TD Ameritrade pioneered a number of 'firsts,' leveraging technology to make investing easier, faster, and more efficient. In 1988, the company was the first to offer touch-tone phone trading. And, in 1995 it acquired K. Aufhauser & Co., which was credited with executing the first online trade in 1994. Following its Initial Public Offering (IPO) in March 1997, the company combined its various brokerage units into one broker dealer, Ameritrade, Inc., and launched its first national advertising campaign, complete with a pricing philosophy that continues today.

Between 1998 and 1999, Ameritrade helped grow and improve the online trading experience for self-directed investors. The company started offering online options order entry and electronic trade confirmations via email. These innovations, along with extended-hours trading, the Ameritrade Online Investor Index™ (one of the first online investor behavior measuring tools), and trading via the SprintPCS$^{SM}$ Wireless Web, the first of its kind via mobile device, helped keep Ameritrade at the forefront of a booming industry.

There's no doubt that we've grown since Ameritrade's 1997 IPO, but our standard of excellence, record of innovation, and the mid-western roots that ground us, are as much a part of our values today as they were when we founded Ameritrade.

We believe in simplicity, from straightforward pricing on investment products and services to insightful analysis and commentary on trading and financial markets. Our tools and trading software are intuitive and innovative and our educational webcasts, live-chat broadcasts and

other programs on investment and personal finances are accessible. Our online electronic investment publications and access to third-party reports offer pragmatic guidance and information. Our support services are available to our clients whenever they need it.

With the start of the new millennium, Ameritrade launched paperless account creation, which brought the entire account opening process online for the first time. The bursting of the 'Tech Bubble' resulted in excess industry capacity, and no firm was more involved in consolidation than Ameritrade. Starting in 2001 with its purchase of NationalDiscountBrokers, the company would acquire 10 firms in 10 years, adding clients, accounts, technology, and other services for self-directed investors. In 2003, it launches the industry's first trade execution guarantee of 10 seconds. And, following its integration of Datek Online Holdings, Ameritrade unveiled a redesigned client website in 2004 that streamlined processes and tools, and made trading more flexible with now industry-standard solutions like SnapTicket™ and Trade Triggers™.

In 2006, Ameritrade purchased TD Waterhouse USA from TD Bank Financial Group, creating TD Ameritrade, one of the largest discount brokerages in the United States – and the largest in terms of average client trades placed each day. The merger with TD Waterhouse helped the company expand its product offering, with a more concentrated focus on long-term investing, guidance and asset gathering. With a nationwide branch network and offerings for IRAs and college savings accounts, among other things, the company created unique tools designed to make the planning process less intimidating for American investors. Tools that help investors decide between Traditional and Roth IRAs and the asset allocation guidance tool, Portfolio Planner, helped make TD Ameritrade a bona fide player in the competitive retirement business.

In 2009, TD Ameritrade looked back to its trading roots and acquired thinkorswim Group Inc., which included the fastest-growing brokerage at the time, thinkorswim, a company recognized throughout the industry for its record of innovative technology and sophisticated trading platforms. This most recent combination allowed TD Ameritrade to further expand its offerings for active traders by introducing complex options, futures and foreign exchange trading. In 2010 and 2011 the company embraced mobile devices by developing trading applications for the Android, iPhone, and iPad.

Today, TD Ameritrade provides investing and trading services for 11 million client accounts that total more than $1 trillion in assets, and custodial services for more than 6,000 independent registered investment advisors. With clients placing, on average, approximately 500,000 trades each day, it maintains the leadership position it assumed when founder Joe Ricketts opened his doors in Omaha, NE, in 1975.

# B

# TD Ameritrade Branches

**TD** **tdameritrade.com**/branches.page

Need Login Help?



Research

Market activity has led to longer than expected phone wait times. **Visit our Top FAQs page** for ways you can self-service.



## TD Ameritrade branches are temporarily closed

**Our branches are temporarily closed**
To protect the safety and welfare of both our clients and associates from the spread of COVID-19, we have decided to close our network of branches nationwide. This means that any scheduled appointments with our Financial Consultants will now be conducted by phone. We'll update you as soon as conditions change in your local area and branches can reopen.

Need to deposit funds?
Fast, convenient, and secure. <u>Learn more about mobile check deposit</u> with our app.

- alabama

     <u>Birmingham</u>
- alaska

     <u>Anchorage</u>
- arkansas

     <u>Little Rock</u>
- california

- colorado

2/5

- connecticut

- delaware

  Newark
- district of columbia

  Washington
- florida

  - Boca Raton
  - Coral Gables
  - Fort Myers
  - Ft. Lauderdale
  - Jacksonville
  - Melbourne
  - Miami
  - Naples
  - Ormond Beach
  - Palm Beach Gardens
  - Pensacola
  - Sarasota
  - St. Petersburg
  - Tallahassee
  - Tampa
  - The Villages
  - West Palm Beach
  - Winter Park

- georgia

  - Alpharetta
  - Atlanta
  - Sandy Springs
  - Savannah
- hawaii

  Honolulu
- idaho

  Boise

- illinois
  - <u>Chicago, Lincoln Park</u>
  - <u>Chicago</u>
  - <u>Naperville</u>
  - <u>Northbrook</u>
  - <u>Oak Brook</u>
  - <u>Schaumburg</u>
- indiana

  <u>Indianapolis</u>
- iowa

  <u>West Des Moines</u>
- kansas

  <u>Overland Park</u>
- kentucky
  - <u>Lexington</u>
  - <u>Louisville</u>
- louisiana
  - <u>Baton Rouge</u>
  - <u>Metairie</u>
- maine

  <u>Portland</u>
- maryland
  - <u>Annapolis</u>
  - <u>Gaithersburg</u>
  - <u>Potomac</u>
  - <u>Towson</u>
- massachusetts
  - <u>Boston</u>
  - <u>Centerville</u>
  - <u>Framingham</u>
  - <u>Quincy</u>
- michigan

- nebraska

  <u>Omaha</u>
- new hampshire
  - <u>Manchester</u>
  - <u>Portsmouth</u>

- new mexico

    <u>Albuquerque</u>
- oklahoma

    - <u>Oklahoma City</u>
    - <u>Tulsa</u>
- oregon

    - <u>Eugene</u>
    - <u>Portland</u>
- rhode island

    <u>Providence</u>

Check the background of TD Ameritrade on <u>FINRA's BrokerCheck</u>