**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No.: 1:20-cv-03135-LAK |
| THIS DOCUMENT RELATES TO: SECURITIES CLASS ACTION (CASE Nos: 1:20-cv-03135 AND 1:20-cv-03513) | |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT**
**OF LEAD PLAINITFF'S MOTION FOR LEAVE TO FILE THE**
**SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is counsel for Lead Plaintiff Jose Antonio Silva ("Lead Plaintiff") in this Action. I am a member in good standing of the bar of this Court.  I submit this declaration in support of Lead Plaintiff's Motion for Leave to File the Second Consolidated Amended Class Action Complaint in this action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Lead Plaintiff's [Proposed] Second Consolidated Amended Class Action Complaint.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a redline comparing Lead Plaintiff's [Proposed] Second Consolidated Amended Class Action Complaint to the Consolidated Amended Class Action Complaint that was filed in this action on September 4, 2020 (ECF No. 48).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
        September 30, 2021

                                                          */s/ Michael Grunfeld*
                                                          Michael Grunfeld