**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No.: 1:20-cv-03135-LAK |
| THIS DOCUMENT RELATES TO: SECURITIES CLASS ACTION (CASE Nos: 1:20-cv-03135 AND 1:20-cv-03513) | |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF**
**LEAD PLAINITFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO**
**DISMISS THE SECOND CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

I, Michael Grunfeld, hereby declare, pursuant to 28 U.S.C. §1746, as follows:

1.      I am a partner with the law firm of Pomerantz LLP, which is counsel for Lead Plaintiff in this Action. I am a member in good standing of the bar of this Court.  I submit this declaration in support of Lead Plaintiff's Memorandum of Law in Opposition to Defendants' Motions to Dismiss the Second Consolidated Amended Class Action Complaint in this action.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Condensed Interim Consolidated Financial Statements for the Three Months Ended March 31, 2020 and 2019 of iAnthus Capital Holdings, Inc., which iAnthus reported on August 14, 2020.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the article "Take-aways from the SCC's decision in CIBC v Green," from Norton Rose Fulbright.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: New York, New York
        February 3, 2022

*/s/ Michael Grunfeld*
Michael Grunfeld