# Exhibit 1

# iAnthus Capital Holdings, Inc.

### Condensed Interim Consolidated Financial Statements

### For the Three Months Ended March 31, 2020 and 2019

(unaudited)

Notes to the Condensed Interim Consolidated Financial Statements

For the three months ended March 31, 2020 and 2019

(In thousands of U.S. Dollars, unless stated otherwise)
(unaudited)

## 9    Intangible Assets and Goodwill (cont.)

### Goodwill (cont.)

The key assumptions used in determining the recoverable amount for each CGU and the impairment losses recognized were as follows:

| Cash Generating Unit | Discount rate | Terminal value growth rate | Fair value | Carrying value | Impairment loss[1,2] |
|---|---|---|---|---|---|
| | | | **For the three months ended March 31, 2020** | | |
| Vermont | 22.0% | 3.0% | $  5,000 | $  2,210 | $  (189) |
| Massachusetts | 22.0% | 3.0% | 57,041 | 82,844 | (27,817) |
| Florida | 22.0% | 3.0% | 80,495 | 84,090 | (3,634) |
| New York | 22.0% | 3.0% | 23,625 | 22,835 | - |
| Maryland | 22.5% | 3.0% | 13,291 | 29,512 | (15,474) |
| Arizona | 22.5% | 3.0% | 83,743 | 153,055 | (86,410) |
| Nevada | 22.5% | 3.0% | 52,770 | 108,744 | (64,959) |
| CBD For Life | N/A | N/A | 9,832 | 9,832 | (2,530) |

[1] In order to align the Company with current general market conditions, an additional impairment loss of $24,328 was recorded as part of the total impairment loss of $199,364, for the three months ended March 31, 2020.
[2] Impairment loss for the three months ended March 31, 2020 includes an adjustment to deferred tax liabilities of $1,650

## 10    Long-Term Debt

| | Secured Notes | Unsecured Debentures | OID Loan | Stavola Trust Note | Other | Total |
|---|---|---|---|---|---|---|
| **As at December 31, 2018** | $  31,231 | $  - | $  - | $  - | $  - | $  31,231 |
| Fair value of financial liabilities issued | 50,038 | 41,176 | - | - | 400 | 91,614 |
| Fair value of financial liabilities acquired | - | - | 36,608 | 10,800 | 854 | 48,262 |
| Accretion of balance | 3,959 | 3,032 | 3,533 | - | 64 | 10,588 |
| Repayment | - | - | - | - | (40) | (40) |
| Redemptions | - | - | (40,141) | - | - | (40,141) |
| **As at December 31, 2019** | $  85,228 | $  44,208 | $  - | $  10,800 | $  1,278 | $  141,514 |
| Accretion of balance | 2,115 | 1,063 | - | - | 22 | 3,200 |
| Provision for debt obligation fees[1] | 10,339 | - | - | - | - | 10,339 |
| Repayment | - | - | - | (10,800) | (11) | (10,811) |
| **As at March 31, 2020** | $  97,682 | $  45,271 | $  - | $  - | $  1,289 | $  144,242 |

[1] The provision for debt obligation fees is comprised of the Exit Fee of $10,339, and related interest at 13% of $2,164.

### Secured Notes

*Tranche One Secured Notes*

On May 14, 2018, the Company issued $40,000 secured notes (the "Tranche One Secured Notes"). The Tranche One Secured Notes have a maturity date of May 14, 2021, and the Company may elect to extend the maturity date by 12 months to May 14, 2022 (the "Extension"), provided the Company pays the lender an extension fee of $1,000 prior to the maturity date. The Tranche One Secured Notes bear interest at a rate of 13.0%, per annum, payable quarterly on the last business day of each fiscal quarter, beginning on June 29, 2018. In an event of default, the interest rate would increase by 3.0% to 16.0% per annum. Furthermore, the Company is required to pay the Exit Fee upon maturity of the Tranche One Secured Notes. However, the Exit Fee shall be forgiven and cancelled in full if, no later than five days prior to the maturity date, the Company pays the amounts outstanding at such time (other than the Exit Fee) in full.

The terms of the Tranche One Secured Notes impose certain restrictions on the Company's operating and financing activities, including certain restrictions on the Company's ability to incur certain additional indebtedness, to grant liens, to make certain dividends and other payment restrictions affecting the Company's subsidiaries, to issue shares or convertible securities, and to sell certain assets. The financing is secured by all current and future assets of the Company and the rights of the remaining lenders are subordinate to the Tranche One Secured Notes. The terms also contain a financial covenant requiring the Company's asset value to be 1.75 times the total net debt at each quarter end ("the market value test") and maintain a minimum cash balance of $1,000 while the Tranche One Secured Notes remain outstanding.

Notes to the Condensed Interim Consolidated Financial Statements

For the three months ended March 31, 2020 and 2019

(In thousands of U.S. Dollars, unless stated otherwise)

(unaudited)

## 10  Long-Term Debt (cont.)

**Secured Notes (cont.)**

*Tranche One Secured Notes (cont.)*

As at March 31, 2020, based on its internal covenant calculations, the Company was not in compliance with the market value test, and therefore in breach of a financial covenant. Furthermore, the Company was in default on its Secured Notes at March 31, 2020 and as a result, triggered a cross-default on the Unsecured Debentures on March 31, 2020. This default was triggered on the Company's long-term debt, consisting of principal amounts at face value of $97,508 and $60,000 and accrued interest amounts at March 31, 2020 of $3,204 and $1,200 for the Secured Notes and Unsecured Debentures, respectively. Further details on the default are disclosed in Note 17.

For the three months ended March 31, 2020, the Company has accrued $12,503 related to the Exit Fee and related interest. Furthermore, as a result of this default the Company is classifying the debt as a current liability as the Secured Notes are due on demand. The event of default as well as the non-compliance with covenants is applicable to all amounts outstanding under the Secured Notes.

The Tranche One Secured Notes are convertible into common shares of the Company at the conversion rate of $3.08 per share (the "Conversion Option"). The holders of the Tranche One Secured Notes may elect to convert the outstanding principal and accrued unpaid interest, in part or in full, at any time following issuance. The Tranche One Secured Notes were issued with warrants to purchase, in aggregate, up to 6,670,372 shares of the Company at an exercise price of $3.60 per share ("Equity Warrants"), which expire May 14, 2021. If the Company elects the Extension for the Tranche One Secured Notes, the Extension also applies to the Equity Warrants.

Concurrent with the issuance of the Tranche One Secured Notes, $10,000 comprising 3,891,051 Units of the Company (the "Units") were issued, where each Unit comprises one Class A Convertible Restricted Voting share ("Class A Share") of the Company at $2.57 per share and a warrant to purchase one Class A Share of the Company at an exercise price of $3.86 per ("Share Warrants"). The Share Warrants expire on May 14, 2021.

At issuance, the Class A Shares were recorded at their fair value of $13,408, net of issuance costs. The fair value of the underlying host liability in the Tranche One Secured Notes was estimated to be $29,231, net of issuance costs. The residual consideration was allocated proportionately based on the fair values of the Equity Warrants, Share Warrants and the Conversion Option, resulting in recording $460, $811 and $1,671, net of issuance costs, respectively. Issuance costs of $4,419 were allocated to each of the instruments in proportion to the total proceeds allocated. The fair values of the Conversion Option, Equity Warrants and the Share Warrants were estimated using the Black-Scholes model, with a volatility of 88.3%, dividend yield of 0.0% and risk-free rate of 2.0%. The fair value of the debt host contract without the Conversion Option was determined using the present value of future cash outflows discounted at the estimated market borrowing rate for the Company. Subsequently, in 2019, all Class A Shares were converted to common shares of the Company. Further details on the conversion are disclosed in Note 11.

During 2019, the noteholders waived the right to receive the cash interest payment due on September 30, 2019, electing instead to add the balance to the principal amount payable for Tranche One Secured Notes. The new higher principal amount is subject to the same terms as the original principal balance of Tranche One Secured Notes at issuance, including interest accrual, the Conversion Option, and maturity date. As a result of the waiver, interest payable decreased by $1,358 and the host liability increased by $1,191, with the residual of $167 being allocated to the Conversion Option. Accordingly, the interest payment accrued on September 30, 2019, for the Exit Fee was added to the principal balance of the fee, this increased the balance to $10,339. During the three months ended March 31, 2020, interest expense of $1,359 (March 31, 2019 - $1,300) and accretion expense of $940 (March 31, 2019 - $815) was recognized in the condensed interim consolidated statement of loss and comprehensive loss.

*Tranche Two Secured Notes*

On September 30, 2019, the Company issued an additional $20,000 of secured notes (the "Tranche Two Secured Notes"). The Tranche Two Secured Notes accrue interest at 13.0%, mature May 14, 2021, and are convertible into 10,582,011 shares of the Company at an exercise price of $1.89 per share ("Tranche Two Conversion Option"). The Tranche Two Secured Notes were issued with warrants to purchase, in aggregate, up to 5,076,142 shares of the Company at an exercise price of $1.97 per share ("Tranche Two Equity Warrants"). The Extension applicable to the Tranche One Secured Notes is also applicable to the Tranche Two Secured Notes. Tranche Two Equity Warrants expire on May 14, 2021 unless the Extension is exercised by the Company, in which case, they expire on May 14, 2022.

The host debt, classified as a liability, was allocated its fair value of $17,253, net of issuance costs. The residual consideration was allocated proportionately based on the fair values of the Tranche Two Equity Warrants and the Tranche Two Conversion Option, both of which are classified as equity, resulting in recording $993 and $1,420, respectively. Issuance costs of $334 were allocated to each of the instruments in proportion to the total proceeds. The fair values of the Tranche Two Conversion Option, and Tranche Two Equity Warrants were estimated using the Black-Scholes model, with a volatility of 78.4% to 78.7%, dividend yield of 0.0% and risk-free rate of 1.6%. The fair value of the debt host contract without the Tranche Two Conversion Option was determined using the present value of future cash outflows discounted at the estimated market borrowing rate for the Company.

Notes to the Condensed Interim Consolidated Financial Statements
For the three months ended March 31, 2020 and 2019
(In thousands of U.S. Dollars, unless stated otherwise)
(unaudited)

## 17    Events After the Reporting Period (cont.)

**Cease Trade Order (cont.)**

In addition, the Company did not file the following continuous disclosure documents (collectively, the "Interim Filings") prior to the filing deadline of July 14, 2020:

a)    interim financial statements for the three months ended March 31, 2020;
b)    management's discussion and analysis relating to the interim financial statements for the three months ended March 31, 2020; and
c)    certification of the foregoing filings as required by National instrument 52-109 Certification of Disclosure in Issuers' Annual and Interim Filings.

The CTO affects trading in all securities of the Company by securityholders of the Company, in each jurisdiction in Canada in which the Company is a reporting issuer and will remain in effect until such time as the Company has filed both the Annual Filings and the Interim Filings.

The annual financial statements for the year ended December 31, 2019 and other continuous disclosures documents (referred to above as the Annual Filings) were filed on July 31, 2020.

**Interim Financing**

On July 13, 2020, the Company's wholly-owned U.S. subsidiary ("iAnthus SubCo") issued $14,737 in aggregate principal amount of secured debentures ("Interim Financing") to the Secured Lenders as contemplated in the Recapitalization Transaction. The secured debentures under the Interim Financing mature on July 13, 2025, are subject to a 5.0% original issue discount and accrue interest at a rate of 8.0% annually. Interest is to be paid in kind by adding the interest accrued on the principal amount on the last day of each fiscal quarter (the first such interest payment date being September 30, 2020), and such amount thereafter becoming part of the principal amount and will accrue interest at a rate of 8.0%.

Interest paid in kind will be payable on the date that all of the principal amount is due and payable. The iAnthus SubCo is not permitted to redeem, convert or prepay the Interim Financing prior to July 13, 2023 without prior written consent of the lender. Similar to the Secured Notes, the Interim Financing is secured by all current and future assets of the Company.

**Event of Default and Financial Restructuring**

Due to the liquidity constraints experienced by the Company subsequent to year end, the Company attempted to negotiate with the holders of the Secured Notes for temporary relief of the Company's interest obligations due March 31, 2020, however, the parties were unable to reach a satisfactory agreement. The Company did not make the March 31, 2020 interest payment totaling $4,404 to the Lenders. The Company is currently in default of the obligations under the Company's long-term debt, consisting of principal amounts at face value of $97,508 and $60,000 and accrued interest amounts at March 31, 2020 of $3,204 and $1,200 for the Secured Notes and Unsecured Debentures, respectively. In addition, as a result of the default, the Company has accrued the Exit Fee of $12,503 in excess of the aforementioned amounts.

In the event of a default, all amounts, including interest and principal, become immediately due and payable to the holders of the Secured Notes and Unsecured Notes. Furthermore, as a result of the default, the Company is required to pay the Exit Fee as described in Note 3. Upon the payment of the Exit Fee by the Company, the noteholders of the Tranche One Secured Notes are required to transfer the 3,891,051 shares issued under the $10,000 equity financing that closed concurrently with the Tranche One Secured Notes. As of the date of this report, such shares have not been transferred to the Company. Refer to Note 10 for additional details pertaining to the Secured Notes and the Unsecured Notes.

On June 22, 2020, the Company received notice from the Collateral Agent holding security for the benefit of the holders of the Company's Secured Notes, with a demand for repayment under the Secured Notes Purchase Agreement of the entire principal amount, together with interest, fees, costs and other allowable charges that have accrued or may accrue. The Collateral Agent also concurrently provided the Company with BIA Notices under section 244 of the BIA. Pursuant to section 244 of the BIA, the Collateral Agent shall not enforce the security over the collateral granted by the Company until the expiry of 10 days after sending the BIA Notices unless the Company consents to an earlier enforcement of the security.

On July 13, 2020, the Company announced that it entered into a Restructuring Support Agreement with the Secured Lenders and a majority of the Unsecured Debentureholders to effect a proposed Recapitalization Transaction. Pursuant to the Recapitalization Transaction, the Secured Lenders, the Unsecured Debentureholders and the Existing Shareholders of the Company are to be allocated and issued, approximately, the amounts of Restructured Senior Debt (as defined below), Interim Financing, Junior Non-Convertible Unsecured Notes (as defined below) and percentage of the pro forma common equity, as presented in the following table: