**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action),<br>20-cv-03513 (Cedeno) | |

**DECLARATION OF MICHAEL GRUNFELD IN SUPPORT OF LEAD
PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

I, Michael Grunfeld, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a Partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiff Jose Antonio Silva ("Lead Plaintiff") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2.      I hereby certify that I conferred with counsel for Defendants iAnthus Capital Holdings, Inc., Gotham Green Partners, LLC, Hadley C. Ford, Julius John Kalcevich, and Jason Adler, regarding the relief requested in the Motion. This Motion is unopposed.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of March 21, 2023 ("Stipulation"). The exhibits to the stipulation are as follows:

- Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

- Exhibit A-1: Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-2: Proof of Claim and Release Form.

- Exhibit A-3: Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-4: Postcard Notice.

- Exhibit B: [Proposed] Judgment Approving Class Action Settlement.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh, Svetlana Starykh and Edward Flores, and titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*.

1

2

5.      Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Pomerantz LLP.

6.      Attached hereto as Exhibit 4 is a true and correct screenshot from Yahoo! Finance, taken on March 20, 2023, displaying iAnthus Capital Holdings, Inc.'s ("ITHUF") share price as of the close of trading that day.

7.      Attached hereto as Exhibit 5 is a true and correct copy of an Affirmation of OTC Markets Group by Cass Sanford, Deputy General Counsel at OTC Markets Group Inc., dated March 20, 2023, which was obtained in response to a subpoena, dated November 22, 2022, that Lead Counsel caused to be served on the OTC Markets Group Inc.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 21st day of March 2023 at New York, New York.

*/s/ Michael Grunfeld*
Michael Grunfeld

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2023, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael Grunfeld*
Michael Grunfeld