# EXHIBIT 4

 **yahoo!** finance

Search for news, symbols or companies 🔍

**Finance Home**   **Watchlists**   **My Portfolio**   **Crypto**   **Yahoo Finance Plus** 𝖄⁺   **News**   **Screeners**   **Markets**   **Videos**   •••

3,951.57   +34.93 (+0.89%)    32,244.58   +382.60 (+1.20%)    11,675.54   +45.02 (+0.39%)    1,744.99   +19.10 (+1.11%)    67.61   -0.03 (-0.04%)

## iAnthus Capital Holdings, Inc. (ITHUF)   ☆ Follow
Other OTC - Other OTC Delayed Price. Currency in USD

# 0.0180 -0.0006 (-3.43%)
At close: 03:46PM EDT

**Summary**   **Company Insights** 𝖄⁺   **Chart**   **Conversations**   **Statistics**   **Historical Data**   **Profile**   **Financials**   **Analysis**   **Options**   Ho

| | | | | |
|---|---|---|---|---|
| Previous Close | 0.0186 | Market Cap | 135.212M | |
| Open | 0.0175 | Beta (5Y Monthly) | 1.60 | |
| Bid | 0.0000 x 0 | PE Ratio (TTM) | N/A | |
| Ask | 0.0000 x 0 | EPS (TTM) | -0.3100 | |
| Day's Range | 0.0175 - 0.0203 | Earnings Date | Mar 21, 2023 - Mar 24, 2023 | |
| 52 Week Range | 0.0160 - 0.1470 | Forward Dividend & Yield | N/A (N/A) | |
| Volume | 585,873 | Ex-Dividend Date | N/A | |
| Avg. Volume | 256,755 | 1y Target Est | N/A | |

1D  5D  1M  6M  YTD  1Y  5Y  Max      ⤢ Full screen

0.0210
0.0197
0.0186
0.0180
0.0170

10 AM      12PM      02PM      04PM

Trade prices are not sourced from all markets

**Fair Value** ⑦ 𝖄⁺
XX.XX                    N/A

**Related Research** ⑦ 𝖄⁺
Analyst Report: Green Thumb Industries Inc.Green Thumb Industrie...
19 days ago • Morningstar
🔒 View more

**Chart Events** ⑦ 𝖄⁺
*Neutral* pattern detected
🔒 View all chart patterns

Performance Outlook

| Short Term | Mid Term | Long Term |
|---|---|---|
| 2W - 6W | 6W - 9M | 9M+ |

🔒 View details