# EXHIBIT 5

## **AFFIRMATION OF OTC MARKETS GROUP**

1. My name is Cass Sanford.  I am Deputy General Counsel at OTC Markets Group Inc. ("OTC Markets Group"), headquartered in New York, New York and incorporated in Delaware.

2. In connection with my employment, I have personal knowledge of the general business practices of OTC Markets Group, including the collecting and preserving of data about securities with trading facilitated via the systems of OTC Link LLC, a Delaware limited liability company and wholly-owned subsidiary of OTC Markets Group ("OTC Link").

3. OTC Link is a broker-dealer member of the Financial Industry Regulatory Authority, Inc. ("FINRA") that operates three Securities and Exchange Commission ("SEC") regulated Alternative Trading Systems ("ATSs"): OTC Link ATS, OTC Link ECN, and OTC Link NQB.

4. Through its three ATSs, OTC Link provides automated quotation, messaging, trade execution, and reporting services that allow FINRA member broker-dealer subscribers that operate as market makers, agency brokers, and ATSs (collectively, "Subscribers") to quote and trade over-the-counter ("OTC") equity securities.

5. OTC Link's primary trading system, OTC Link ATS, operates as a fully-attributable, network-based model, allowing Subscribers to communicate with one another and negotiate trades in OTC securities by publishing quotations and sending trade messages.  Quotations include "bids" to buy a security or "offers" to sell a security.  Trade messages are sent by Subscribers in response to quotations.  When Subscribers agree to a trade via OTC Link ATS, OTC Link ATS sends an execution report to each party to the trade.  Subscribers are responsible for clearing, settling and reporting trades facilitated via OTC Link ATS.

1

6. All Subscribers to OTC Link ATS are FINRA member broker-dealers subject to FINRA Rules, including Rule 5220 (Offers At Stated Prices), which provides that "[n]o member shall make an offer to buy from or sell to any person any security at a stated price unless such member is prepared to purchase or sell, as the case may be, at such price and under such conditions as are stated at the time of such offer to buy or sell."

7. OTC Link's two other trading systems, OTC Link ECN and OTC Link NQB, each function as a matching engine, allowing Subscribers to send anonymous orders in OTC securities. When an order is matched between two Subscribers, OTC Link ECN and OTC Link NQB act as the executing party on an agency basis in relation to all transactions executed by Subscribers on these platforms. Transactions on OTC Link ECN and OTC Link NQB are cleared and settled pursuant to a clearing agreement with Apex Clearing Corporation. When orders do not match internally on OTC Link ECN or OTC Link NQB, they may be routed to OTC Link ATS as quotations.

8. OTC Markets Group contracts with SunGard Availability Services for hosting and networking services and leases two data centers located in Carlstadt, New Jersey, and Philadelphia, Pennsylvania (the "Data Centers").

9. All quotations, trade messages and execution reports submitted or received by Subscribers via OTC Link ATS, and all trades executed by Subscribers via OTC Link ECN and OTC Link NQB (collectively, "OTC Link Activity"), are processed and maintained in the Data Centers.

Dated in New York, New York this 20th day of March, 2023.

Cass Sanford