# EXHIBIT 4

Case 1:20-cv-03135-LAK   Document 131-4   Filed 06/16/23   Page 2 of 2



# iAnthus Capital Holdings, Inc. (ITHUF)  ☆ Follow

Other OTC - Other OTC Delayed Price. Currency in USD

Quote Lookup

## 0.0172 +0.0010 (+5.91%)

As of 10:43AM EDT. Market open.

Summary    Company Insights ⓨ⁺    **Chart**    Conversations    Statistics    Historical Data    Profile    Financials    Analysis    Options    Holders    Sustainability

⊕ Indicators    ⊕ Comparison    📅 Jun 05, 2023 - Jun 15, 2023    1D    5D    1M    3M    6M    YTD    1Y    2Y    5Y    Max    ▦ Interval 5Min ⌄    ∿ Line ⌄    ✎ Draw    ⚙    ⬆

