**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 1:20-cv-03135-LAK |
| THIS DOCUMENT RELATES TO: No. 1:20-cv-03898-LAK (HI-MED LLC) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hi-Med LLC hereby voluntarily dismisses this action with prejudice.

Dated: January 2, 2024

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By:     /s/ *Richard J.L. Lomuscio*
        Richard J.L. Lomuscio
        Juan Olivo
1350 Broadway
New York, New York 10018
Tel: (212) 216-8000
Facsimile: (212) 216-8001
Email: rlomuscio@tarterkrinsky.com
Email: jolivo@tarterkrinsky.com

*Attorneys for Plaintiff*