**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action),<br>20-cv-03513 (Cedeno) | |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND PAYMENT OF LITIGATION EXPENSES**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Jose Antonio Silva ("Lead Plaintiff"), individually and on behalf of all Settlement Class Members, through court-appointed Lead Counsel, will move this Court on April 10, 2024 at 9:30 a.m. EDT, before the Honorable Lewis A. Kaplan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, NY 10007, for entry of an Order, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA"): (i) awarding attorneys' fees in the amount of $965,700 of the Settlement Fund; (ii) paying Litigation Expenses in the amount of $116,615.44 incurred in prosecuting the Action; and (iii) awarding Lead Plaintiff Jose Antonio Silva $15,000 for his work directly related to his representation of the Settlement Class, as authorized by the PSLRA.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Co-Lead Counsel submit and are filing herewith: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff; and (ii) Declaration of Michael Grunfeld in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award to Lead Plaintiff, with annexed exhibits.

A Proposed Order will be submitted with the reply submission on or before April 3, 2024, after the deadline for objecting or seeking exclusion has passed.

Dated:  March 6, 2024                                Respectfully submitted,

                                         **POMERANTZ LLP**

                                         /s/ *Michael Grunfeld*

1

Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
600 Third Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
bcordovi@pomlaw.com

*Lead Counsel for Lead Plaintiff and the
Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Fascimile: (212) 697-7296
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Lead Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 6, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Michael Grunfeld*
Michael Grunfeld
