# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Rochelle J. Teichmiller, declare as follows:

1.      I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data")[1], whose Corporate Office is located in Milwaukee, Wisconsin.  Pursuant to the Court's December 20, 2023, Order Approving Notice (ECF No. 133), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the "Action").  I am over 21 years of age and am not a party to this Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE**

2.      On January 5, 2024, A.B. Data received a data file from Defendants' counsel with the names and addresses of 440 unique record holders of iAnthus Capital Holdings, Inc. ("iAnthus") securities that were potential Settlement Class Members.  On January 12, 2024, A.B. Data caused the Postcard Notice, a copy of which is attached as Exhibit A hereto, to be sent by First-Class Mail to these 440 potential Settlement Class Members.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 16, 2023 ("Stipulation"). ECF No. 131-1.

3.      As in most class actions of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" by nominees – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  A.B. Data maintains a proprietary database with names and addresses of the largest and most common banks, brokers, and other nominees.  On January 12, 2024, A.B. Data caused Postcard Notices to be mailed to the 4,960 mailing records contained in the A.B. Data record holder mailing database.

4.      In addition, on or around January 12, 2024, A.B. Data also delivered electronic copies of the Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Long-Form Notice") and the Proof of Claim and Release Form ("Proof of Claim") to 487 banks, brokers, and nominees for which A.B. Data has a registered email address. Copies of the Long-Form Notice and Proof of Claim are attached hereto as Exhibits B and C, respectively.

5.      A.B. Data informed the nominees to which it sent the Postcard Notice and Long-Form Notice of the procedures provided for in the Court's Order Approving Notice, by which the nominees must either (1) forward the Postcard Notice to all beneficial owners for whose benefit the nominees purchased or otherwise acquired iAnthus securities during the Settlement Class Period or (2) send a list of the names and addresses of all such beneficial owners to A.B. Data for A.B. Data to promptly mail the Postcard Notice to such beneficial owners.

6.      On January 12, 2024, A.B. Data also submitted the Long-Form Notice and the Proof of Claim to the Depository Trust Company to post on their Legal Notice System, which offers

DTC member banks and brokers access to a comprehensive library of notices concerning DTC-eligible securities.

7.    As of the date of this Declaration, A.B. Data has received 6,184 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees.  A.B. Data has also received requests from brokers and other nominee holders for 28,585 Postcard Notices, which the brokers and nominees are required to mail to their customers.  All such mailing requests have been responded to by A.B. Data in a timely manner.

8.    As of the date of this Declaration, a total of 40,169 Postcard Notices have been mailed to potential Settlement Class Members and their nominees. In addition, A.B. Data has re-mailed 47 Postcard Notices to persons whose original mailing was returned by the U.S. Postal Service and for whom updated addresses were obtained through either the Postal Service or address research conducted through TransUnion.

## PUBLICATION OF THE SUMMARY NOTICE

9.    In accordance with the Order Approving Notice, A.B. Data caused the Summary Notice to be transmitted once over *PR Newswire* and published once in *Investor's Business Daily* on January 22, 2024.  Proof of these publications of the Summary Notice are attached hereto as Exhibits D and E, respectively.

## TELEPHONE HOTLINE

10.    On or about January 12, 2024, a case-specific toll-free phone number, 866-561-6086, was established with an Interactive Voice Response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions.  If callers need further help, they have the option to be

transferred to an operator during business hours. A.B. Data continues to maintain the telephone helpline and will continue to update the interactive voice response system as necessary through the administration of the Settlement.

## WEBSITE

11.     On or about January 12, 2024, A.B. Data also established a case-specific website, www.iAnthusSecuritiesLitigation.com, which provides general information regarding the case and its current status, including exclusion, objection, and claim-filing deadlines for the case; the online claim filing link; the date and time of the Settlement Hearing; as well as downloadable copies of the Postcard Notice, Long-Form Notice, Proof of Claim, and other court documents, including the Stipulation and Order Approving Notice.  A.B. Data will update the website as necessary through the administration of the Settlement.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

12.     The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion are to be received no later than March 20, 2024. A.B. Data has been monitoring all mail delivered to the post office box.  As of the date of this Declaration, A.B. Data has not received any requests for exclusion.

13.     Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than March 20, 2024.  As of the date of this Declaration, A.B. Data has not received any misdirected objections.

## CLAIMS RECEIVED TO DATE

14.     Pursuant to the Order Approving Notice, Proof of Claims are to be submitted no later than April 17, 2024.  As of the date of this Declaration, A.B. Data has received 964 Proof of

Claims. As in most cases of this nature, the vast majority of Claims are expected to be submitted on or around the claim filing deadline. A.B. Data continues to process and load claim submissions. A.B. Data will submit a supplemental declaration prior to the Settlement Hearing addressing additional claims received.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of March 2024.

_____

Rochelle J. Teichmiller

# EXHIBIT A

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this*
*notice. This is not a solicitation*
*from a lawyer.*

*This notice may affect your legal*
*rights. You may be entitled to a*
*payment from this securities*
*class action settlement.*

iAnthus Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173041
Milwaukee, WI 53217

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

*In re iAnthus Capital Holdings, Inc. Securities Litigation, Case No. 1:20-cv-03135-LAK*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.IANTHUSSECURITIESLITIGATION.COM OR CALL (866) 561-6086 FOR MORE INFORMATION.*

The U.S. District Court for the Southern District of New York ("Court") has approved providing this notice of a proposed Settlement of claims against iAnthus Capital Holdings, Inc. ("iAnthus"), two of its current and/or former officers, Gotham Green Partners, LLC ("GGP"), and one of GGP's current officers (collectively, "Defendants"). Lead Plaintiff alleges that Defendants made public statements at certain times in 2018-2020 that were materially false and misleading or omitted material information, causing damages to persons who purchased or otherwise acquired iAnthus securities. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired iAnthus securities in domestic transactions between May 14, 2018, and July 10, 2020, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $2,900,000.00 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiff, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") in any of the following ways: (1) by mail: iAnthus Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173041, Milwaukee, WI 53217; (2) by phone: toll-free, (866) 561-6086; (3) by email: info@iAnthusSecuritiesLitigation.com; or (4) by visiting the website: www.iAnthusSecuritiesLitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY APRIL 17, 2024, TO: iANTHUS SECURITIES LITIGATION, C/O A.B. DATA, LTD., P.O. BOX 173041, MILWAUKEE, WI 53217, OR SUBMITTED ONLINE AT WWW.IANTHUSSECURITIESLITIGATION.COM. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by March 20, 2024, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by March 20, 2024. The Notice and Stipulation of Settlement explain how to opt out or to object.**

The Court will hold a hearing in this case on April 10, 2024, at 9:30 a.m. at 500 Pearl St., Courtroom 21B, New York, NY 10007, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33.3%, plus actual expenses up to $250,000, and a compensatory award to Lead Plaintiff not to exceed $15,000 ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means. For more information, call (866) 561-6086, or visit the website, www.iAnthusSecuritiesLitigation.com.

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED
SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND
(III) MOTION FOR AN AWARD OF ATTORNEYS' FEES
AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

NOTICE OF PENDENCY OF CLASS ACTION:  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of New York (the "Court"), if, during the period from May 14, 2018, through July 10, 2020, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired iAnthus Capital Holdings, Inc. ("iAnthus") securities pursuant to domestic transactions and were allegedly damaged thereby.[1]

NOTICE OF SETTLEMENT:  Please also be advised that the Court-appointed Lead Plaintiff, Jose Antonio Silva ("Lead Plaintiff"), on behalf of himself and the Settlement Class (as defined in paragraph 19 below), have reached a proposed settlement of the Action for $2,900,000.00 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact iAnthus, any other Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (see paragraph 81 below).**

1.      **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants iAnthus, Gotham Green Partners, LLC ("GGP"), Hadley C. Ford ("Ford"), Julius John Kalcevich ("Kalcevich"), and Jason Adler ("Adler" and, together with Ford and

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation And Agreement Of Settlement (the "Stipulation"), which is available at www.iAnthusSecuritiesLitigation.com.

Kalcevich, the "Individual Defendants," and together with iAnthus and GGP, "Defendants") violated the federal securities laws by making false and misleading statements related to iAnthus's dealings with GGP, its primary lender. A more detailed description of the Action is set forth in paragraphs 11-17 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 19 below.

2.    **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Lead Plaintiff, on behalf of himself and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $2,900,000.00 in cash (the "Settlement Amount") to be deposited into an interest-bearing escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, (d) any attorneys' fees awarded by the Court, and (e) reimbursement of Lead Plaintiff's time and expenses pursuant to the Private Securities Litigation Reform Act) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth in paragraphs 44-64 below.

3.    **Estimate of Average Amount of Recovery Per Security:**  Based on Lead Plaintiff's damages expert's estimates of the number of iAnthus securities purchased during the Settlement Class Period in domestic transactions that may have been affected by the alleged conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per allegedly damaged security is $0.07.  Settlement Class Members should note, however, that the foregoing average recovery per security is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their iAnthus securities, and the total number and recognized loss amount of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (see paragraphs 45-65 below) or such other plan of allocation as may be ordered by the Court.

4.    **Average Amount of Alleged Damages Per Security:**  The Parties do not agree on the average amount of alleged damages per security that would be recoverable if Lead Plaintiff were to prevail in the Action.  Among other things, Defendants deny the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.    **Attorneys' Fees and Expenses Sought:**  Lead Plaintiff's Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel Pomerantz LLP will apply to the Court for an award of attorneys' fees in an amount not to exceed 33.3% (*i.e.*, one-third) of the Settlement Fund.  In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution, and resolution of the claims against the Defendants in an amount not to exceed $250,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff directly related to his representation of the Settlement Class.

Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. An estimate of the average cost per allegedly damaged iAnthus security, if the Court approves Lead Counsel's fee and expense application, is $0.03 per allegedly damaged security. In addition, Lead Counsel may apply for an award to Lead Plaintiff in connection with their representation of the Settlement Class in an amount not to exceed $15,000.

6.    **Identification of Attorneys' Representatives:**  Lead Plaintiff and the Settlement Class are represented by Jeremy A. Lieberman (jalieberman@pomlaw.com) and Michael Grunfeld (mgrunfeld@pomlaw.com) of Pomerantz LLP ("Pomerantz"), 600 Third Avenue, 20th Floor, New York, NY 10016; as well as Peretz Bronstein (peretz@bgandg.com) of Bronstein, Gewirtz & Grossman, LLC ("BGG"), 60 East 42nd Street, Suite 4600, New York, NY 10165.

7.    **Reasons for the Settlement:**  Lead Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after further contested motions, a trial of the Action, and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden, and expense of further protracted litigation.

Before agreeing to the Settlement, Lead Counsel conducted extensive investigation and research into the merits of the Action. This investigation included consultation with experts concerning the amount of damages allegedly suffered by the Class; detailed review of iAnthus's public filings, including SEC filings, press releases, and other public statements; locating and interviewing fact witnesses; and researching the applicable law with respect to the claims asserted in the complaint filed in this Action and the potential defenses thereto.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN APRIL 17, 2024.** | This is the only way to be potentially eligible to receive a payment from the Settlement Fund.  If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Lead Plaintiff's Claims (defined in paragraph 28 below) that you have against Defendants and the other Defendants' Releasees (defined in paragraph 29 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 20, 2024.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund.  This is the only option that allows you to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Lead Plaintiff's Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 20, 2024.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation, or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **ATTEND A HEARING ON APRIL 10, 2024, AT 9:30 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 20, 2024.** | Filing a written objection and notice of intention to appear by March 20, 2024, allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses.  If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

| **WHAT THIS NOTICE CONTAINS** |
| --- |

| | |
| --- | --- |
| Why Did I Get This Notice? | Page 5 |
| What Is This Case About? | Page 6 |
| How Do I Know If I Am Affected By The Settlement? | |
|    Who Is Included In The Settlement Class? | Page 7 |
| What Are Lead Plaintiff's Reasons For The Settlement? | Page 8 |
| What Might Happen If There Were No Settlement? | Page 9 |
| How Are Settlement Class Members Affected By The Action | |
|   And The Settlement? | Page 9 |
| How Do I Participate In The Settlement?  What Do I Need To Do? | Page 12 |
| How Much Will My Payment Be? | Page 12 |
| What Payment Are The Attorneys For The Settlement Class Seeking? | |
|  How Will The Lawyers Be Paid? | Page 18 |
| What If I Do Not Want To Be A Member Of The Settlement Class? | |
|    How Do I Exclude Myself? | Page 19 |
| When And Where Will The Court Decide Whether To Approve The Settlement? | |
|   Do I Have To Come To The Hearing?  May I Speak At The Hearing If I | |
|   Don't Like The Settlement? | Page 19 |
| What If I Bought iAnthus Securities On Someone Else's Behalf? | Page 21 |
| Can I See The Court File?  Whom Should I Contact If I Have Questions? | Page 22 |

| **WHY DID I GET THIS NOTICE?** |
| --- |

8.    The Court directed that this Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired iAnthus securities during the Settlement Class Period.  The Court has directed us to send you this Notice because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the Claims Administrator selected by Lead Plaintiff and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.    The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, certification of the Settlement Class for settlement purposes only, the proposed Plan of Allocation, and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  See paragraph 72 below for details about the Settlement Hearing, including the date and location of the hearing.

10.    The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to

Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

| WHAT IS THIS CASE ABOUT? |
|---|

11.    On April 20, 2020, Donald W. Finch commenced this Action in the United States District Court for the Southern District of New York (the "Court"), styled *Donald W. Finch v. iAnthus Capital Holdings, Inc., et al.*, Case No. 1:20-cv-03135-LAK.  On May 5, 2020, Peter L. Cedeno also filed a putative class action complaint against iAnthus, GGP, Ford, Kalcevich, and Adler styled as *Peter L. Cedeno v. iAnthus Capital Holdings, Inc., et al.*, Case No. 1:20-cv-03513-PGG.

12.    By Order dated July 9, 2020, the United States District Court for the Southern District of New York consolidated *Peter L. Cedeno v. iAnthus Capital Holdings, Inc., et al.* and *Donald W. Finch  v. iAnthus Capital Holdings, Inc., et al.* under the caption *In re iAnthus Capital Holdings, Inc. Securities Litigation*, Case No.: 1:20-cv-03135-LAK. In the same Order, the Court appointed Jose Antonio Silva as Lead Plaintiff and approved Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the proposed class.

13.    On November 3, 2021, Lead Plaintiff filed his Second Amended Class Action Complaint (the "Complaint"), on behalf of the Settlement Class, asserting claims against Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act.  The Complaint alleges, among other things, that during the Settlement Class Period (as defined below), Defendants made false and misleading statements concerning iAnthus's financing arrangements from May 2018 through the planned restructuring that it announced in July 2020.  The Complaint further alleges that the price of iAnthus securities was artificially inflated as a result of Defendants' false and misleading statements, and that the price of iAnthus securities declined when the truth regarding Defendants' alleged misrepresentations was revealed.  By Order dated September 28, 2022, the Court denied in part and granted in part Defendants' motions to dismiss. In denying in part the Defendants' motions to dismiss, the Court held that Lead Plaintiff adequately alleges that Defendants made certain materially false and misleading statements concerning particular aspects of iAnthus's financing arrangements, from May 2018 through the planned restructuring that it announced in July 2020.  For the next four months, the Parties engaged in extensive negotiation regarding how the litigation would proceed.

14.    Lead Plaintiff and Defendants participated in a mediation session on January 17, 2023, before nationally recognized mediator Jed D. Melnick, Esq. The Parties were not able to reach agreement at the mediation, but continued discussions. Following the mediation, the Parties reached an agreement in principle to settle the Action for a payment of $2,900,000.00 for the benefit of the Settlement Class, subject to the execution of a settlement stipulation and related papers.

15.    Based on their investigation, discovery, prosecution, and mediation of the case, Lead Plaintiff and Lead Counsel have concluded that the terms and conditions of the Stipulation are fair, reasonable, and adequate to Lead Plaintiff and the other members of the Settlement Class, and in their best interests.  Based on Lead Plaintiff's oversight of the prosecution of this matter and with the advice of his counsel, Lead Plaintiff has agreed to settle and release the claims raised in the

Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Lead Plaintiff and the other members of the Settlement Class will receive under the proposed Settlement; (b) the significant risks and costs of continued litigation and trial; and (c) the desirability of permitting the proposed Settlement to be consummated as provided by the terms of the Stipulation.

16.    The Stipulation and the Settlement constitute a compromise of matters that are in dispute among the Parties.  Defendants have entered into the Stipulation solely to eliminate the uncertainty, burden, and expense of further protracted litigation.   Each of the Defendants denies any wrongdoing, and the Settlement and Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants with respect to any claim or allegation of any fault, liability, wrongdoing, or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted.  Defendants expressly deny that Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing, or damages whatsoever.  The Stipulation and the Settlement also shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Lead Plaintiff of an infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

17.    On May 25, 2023, the Court denied Lead Plaintiff's unopposed motion for preliminary approval of a prior version of this settlement "without prejudice to a new motion based on a settlement stipulation and proposed class notices that neither state nor imply that the Court has [granted 'preliminary approval' to the settlement] and making any other changes that are appropriate in light of the Court's stated practice." The Parties have reached the Stipulation to address the Court's Order dated May 25, 2023.

18.    On December 20, 2023, the Court authorized this Notice to be disseminated to potential Settlement Class Members, and scheduled the Settlement Hearing to consider, among other things, whether to approve the Settlement.

> ### HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
> ### WHO IS INCLUDED IN THE SETTLEMENT CLASS?

19.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities who purchased or otherwise acquired iAnthus securities between May 14, 2018 and July 10, 2020, both dates inclusive, pursuant to domestic transactions, and were allegedly damaged thereby.

Excluded from the Settlement Class are (i) Defendants; (ii) current and former officers and directors of iAnthus and GGP; (iii) members of the immediate family of each of the Individual Defendants; (iv) all subsidiaries and affiliates of iAnthus and GGP and the directors and officers of iAnthus, GGP, and their respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has a controlling interest; (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; and (vii) any persons or entities who properly exclude

themselves by filing a valid and timely request for exclusion. See "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" on page 19 below.

In order to submit a valid claim, you will need to show that you engaged in domestic transactions in iAnthus securities. You may do this by demonstrating that you: (1) transacted in iAnthus shares that traded under the ticker symbol "ITHUF"; (2) made your purchases while located in the United States; (3) made your purchases from a brokerage account located in the United States; and (4) made your purchases in United States dollars.

**PLEASE NOTE:  RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE POTENTIALLY ELIGIBLE TO PARTICIPATE IN THE DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS BEING DISTRIBUTED WITH THIS NOTICE AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN APRIL 17, 2024.**

| WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT? |
| --- |

20.    Lead Plaintiff and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through further motion practice, trial, and appeals, as well as the very substantial risks they would face in establishing liability and damages.  Lead Plaintiff and Lead Counsel recognized that Defendants had numerous avenues of attack that could preclude a recovery.  For example, Defendants would assert that their statements were not materially false and misleading, and that even if they were, they did not cause any damage to the Settlement Class. Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested.  Lead Plaintiff would have to prevail at several stages – class certification, motions for summary judgment, trial, and if they prevailed on those, on the appeals that would be likely to follow. Thus, there were very significant risks attendant to the continued prosecution of the Action.

21.    In light of these risks, the amount of the Settlement, and the immediacy of recovery to the Settlement Class, Lead Plaintiff and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class.  Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $2,900,000.00 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller or no recovery after class certification, summary judgment, trial, and appeals, possibly years in the future.

22.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the uncertainty, burden, and expense of continued litigation. Accordingly, as noted above, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT? |
| --- |

23.    If there were no Settlement and Lead Plaintiff failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiff nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at class certification, summary judgment, at trial, or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

| HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT? |
| --- |

24.    As a Settlement Class Member, you are represented by Lead Plaintiff and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

25.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?" below.

26.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled "When And Where Will The Court Decide Whether To Approve The Settlement?" below.

27.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiff and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns, in their capacities as such, shall be deemed to have, and by operation of the Stipulation, of law, and of the Judgment shall have fully, finally, and forever compromised, settled, released, resolved, relinquished, waived, and discharged each and every Released Lead Plaintiff's Claim (as defined in paragraph 28 below) against the Defendants and the other Defendants' Releasees (as defined in paragraph 29 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Lead Plaintiff's Claims against any of the Defendants' Releasees.

28.    "Released Lead Plaintiff's Claims" means any and all claims, demands, losses, rights, liabilities, obligations, damages, issues, and causes of action of every nature and description, whether known or Unknown Claims, contingent or absolute, mature or not mature, liquidated or unliquidated, accrued or not accrued, concealed or hidden, regardless of legal or equitable theory and whether arising under federal, state, common, or foreign law, or any other law, rule, or

regulation, at law or in equity, that Lead Plaintiff or any other member of the Settlement Class: (a) asserted in the Action pursuant to domestic transactions or securities listed on a domestic exchange; or (b) could have asserted in the Action or any forum that arise out of, are based upon, or relate in any way to, both (1) the allegations, transactions, facts, matters or occurrences, representations, or omissions involved, set forth, or referred to in the Action and (2) the purchase, acquisition, transfer, or sale of iAnthus securities during the Settlement Class Period pursuant to domestic transactions or securities listed on a domestic exchange. The Release shall include a waiver of any rights under California Civil Code § 1542 and other similar applicable state statutes. The Release shall not include (i) claims to enforce the Settlement or (ii) claims, other than those involving domestic transactions, asserted in the Canadian class actions captioned *Timothy Kwong v. iAnthus Capital Holdings, Inc., Hadley Ford, and Julius Kalcevich*, Court File Number CV-20-00644524, filed in the Ontario Superior Court of Justice.

29.    "Defendants' Releasees" means Defendants and any and all of their related parties in any forum, including, without limitation, any and all of their current or former parents, subsidiaries, affiliates, predecessors, successors, divisions, investment funds, joint ventures, and general or limited partnerships, and each of their respective current or former officers, directors, trustees, partners, members, contractors, auditors, principals, agents, managing agents, employees, attorneys, accountants, investment bankers, underwriters, insurers in their capacities as such, as well as each of the Individual Defendants' immediate family members, heirs, executors, personal or legal representatives, estates, beneficiaries, predecessors, successors, and assigns.

30.    "Unknown Claims" means any Released Lead Plaintiff's Claims which Lead Plaintiff, any other Settlement Class Member, or any other Lead Plaintiff's Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her, or it, might have affected his, her, or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiff and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Lead Plaintiff's Releasees and Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiff, Defendants, Settlement Class Members, and their respective Releasees acknowledge that they may hereafter discover facts in addition to or different from those which they or their counsel now know or believe to be true with respect to the subject matter of the Released Claims, but the Parties stipulate and agree that, upon the Effective Date, Lead Plaintiffs and each Defendant shall have, and each Releasee by operation of the Judgment shall be deemed to have, fully, finally, and forever settled and released any and all Released Claims, known or

Unknown Claims, suspected or unsuspected, contingent or non-contingent, whether or not hidden or concealed, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiff and Defendants acknowledge, and each of the other Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver, and specifically the inclusion of "Unknown Claims" in the definition of Released Plaintiffs' Claims and Released Defendants' Claims, was separately bargained for and a key element of the Settlement.

31.  "Released Defendants' Claims" means any and all claims, demands, losses, rights, liabilities, obligations, damages, issues, and causes of action of every nature and description, whether known or Unknown Claims, contingent or absolute, mature or not mature, liquidated or unliquidated, accrued or not accrued, concealed or hidden, regardless of legal or equitable theory and whether arising under federal, state, common, or foreign law, or any other law, rule, or regulation, at law or in equity that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Defendants in the Action.  Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

32.  "Lead Plaintiff's Releasees" means (i) Lead Plaintiff, all members of the Settlement Class, Lead Counsel and all other counsel for Lead Plaintiff, (ii) each of their respective immediate family members (for individuals) and each of their direct or indirect parent entities, subsidiaries, related entities, and affiliates, any trust of which any Settlement Class Member is the settler or which is for the benefit of any Settlement Class Member and/or member(s) of his or her immediate family, and (iii) for any of the entities listed in parts (i) or (ii), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managing directors, employees, contractors, consultants, auditors, accountants, financial advisors, investment bankers, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, and any controlling person thereof, in their capacities as such, and any entity in which a Settlement Class Member has a controlling interest. Lead Plaintiff's Releasees do not include any persons and entities who or which exclude themselves by submitting a request for exclusion from the Settlement Class that is accepted by the Court.

33.  The Judgment will also provide that, upon the Effective Date, to the extent allowed by law, the Stipulation shall operate conclusively as an estoppel and full defense in the event, and to the extent, of any claim, demand, action, or proceeding brought by a Settlement Class Member against any of the Defendants' Releasees with respect to any Released Lead Plaintiff's Claim, or brought by a Defendant against any of the Lead Plaintiff's Releasees with respect to any Released Defendants' Claim.

34.  The Judgment shall, among other things, provide for the dismissal with prejudice of the Action against the Defendants, without costs to any Party, except for the payments expressly provided for in the Stipulation.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

35.    To be potentially eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation postmarked no later than April 17, 2024.  A Claim Form is included with this Notice, or you may obtain one from the website maintained by the Claims Administrator for the Settlement, www.iAnthusSecuritiesLitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll-free at (866) 561-6086. Please retain all records of your ownership of and transactions in iAnthus securities, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

36.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

37.    Pursuant to the Settlement, Defendants have agreed to pay two million, nine-hundred-thousand dollars ($2,900,000.00) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."   If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state, and/or local taxes (including any interest or penalties thereon) on any income earned by the Settlement Fund, the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants), and all taxes imposed on payments by the Settlement Fund, including withholding taxes; (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; (c) any Litigation Expenses awarded by the Court; (d) any attorneys' fees awarded by the Court; and (e) reimbursement of Lead Plaintiff's time and expenses pursuant to the Private Securities Litigation Reform Act) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

38.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal, or review, whether by certiorari or otherwise, has expired.

39.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes final.  Defendants shall not have any liability, obligation, or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund, or the plan of allocation.

40.    Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

41.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before April 17, 2024, shall be fully and forever barred from

receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Lead Plaintiff's Claims (as defined in paragraph 28 above) against the Defendants' Releasees (as defined in paragraph 29 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Lead Plaintiff's Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

42.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

43.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her, or its Claim Form.

44.    Only Settlement Class Members will be potentially eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.

## PROPOSED PLAN OF ALLOCATION

45.    The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged misstatements and omissions, as opposed to losses caused by market- or industry-wide factors, or company-specific factors unrelated to the alleged fraud.  The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the recognized loss formula ("Recognized Loss") described below.

46.    A Recognized Loss will be calculated for each share of iAnthus common stock purchased or otherwise acquired during the Settlement Class Period in a domestic transaction. The calculation of Recognized Loss will depend upon several factors, including when the iAnthus common stock was purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether such stock was sold, and if sold, when it was sold, and for what amounts.  The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement.  The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.  The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

47.    The Plan of Allocation was created with the assistance of a consulting damages expert and reflects the assumption that the price of iAnthus common stock was artificially inflated throughout the Settlement Class Period.  The estimated alleged artificial inflation in the price of iAnthus common stock during the Settlement Class Period is reflected in Table 1 below.  The computation of the estimated alleged artificial inflation in the price of iAnthus common stock during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiff and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiff. The estimated alleged artificial inflation in the price of iAnthus common stock in Table 1 below also takes into

account the Court's September 28, 2022, Memorandum Opinion on Defendants' motion to dismiss the Complaint, which dismissed without prejudice certain claims.

48.    The U.S. federal securities laws allow investors to seek to recover losses caused by disclosures which corrected the defendants' previous misleading statements or omissions.  Thus, in order to have recoverable damages, the corrective disclosure of the allegedly misrepresented information must be the cause of the decline in the price or value of iAnthus common stock.  In this Action, Plaintiff alleges that Defendants made false statements and/or omitted material facts during the Settlement Class Period, which had the purported effect of artificially inflating the price of iAnthus common stock.  Plaintiff further alleges that corrective disclosures removed artificial inflation from the price of iAnthus common stock on: February 27, 2020; April 6, 2020; June 12, 2020; June 23, 2020; and July 13, 2020 (the "Corrective Disclosure Dates").  Thus, in order for a Settlement Class Member to have a Recognized Loss under the Plan of Allocation, iAnthus common stock must have been purchased or acquired during the Settlement Class Period and held through at least one of the Corrective Disclosure Dates.

| Table 1<br>Artificial Inflation in iAnthus Common Stock* | | |
|---|---|---|
| **From** | **To** | **Per-Share Price Inflation** |
| May 14, 2018[2] | February 26, 2020 | $0.48 |
| February 27, 2020 | April 5, 2020 | $0.40 |
| April 6, 2020 | June 11, 2020 | $0.25 |
| June 12, 2020 | June 22, 2020 | $0.14 |
| June 23, 2020 | July 10, 2020[3] | $0.09 |
| July 13, 2020 | Thereafter | $0.00 |

* For each day during the Settlement Class Period, per-share price inflation shall not exceed the closing price of the stock that day.

49.    The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for iAnthus common stock. The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on iAnthus common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss on iAnthus common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

50.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes, and commissions.  If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero.  Any transactions in iAnthus common stock executed outside of regular

---

[2] At the request of the Company pending news, trading in iAnthus stock was temporarily halted prior to market open on May 14, 2018, at 9:07 a.m. ET.  Trading resumed on May 15, 2018, at 8:00 a.m. ET.

[3] The Class Period ends on July 10, 2020, which is a Friday.

trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session for the U.S. financial markets.

51.    A Recognized Loss will be calculated as set forth below for each purchase or acquisition of iAnthus common stock during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.

### Per-Share Recognized Loss Calculation

52.    For each share of iAnthus common stock purchased or otherwise acquired during the Settlement Class Period (*i.e.*, May 14, 2018, through July 10, 2020, inclusive), the Recognized Loss per share shall be calculated as follows:

    i.    For each share of iAnthus common stock not held at the opening of trading on at least one of the Corrective Disclosure Dates, the Recognized Loss per share $0.

    ii.    For each share of iAnthus common stock sold during the period February 27, 2020, through July 10, 2020, inclusive, that was held at the opening of trading on one or more of the Corrective Disclosure Dates, the Recognized Loss per share is the price inflation on the date of purchase as provided in Table 1 above, *minus* the price inflation on the date of sale as provided in Table 1 above.

    iii.    For each share of iAnthus common stock sold during the period July 13, 2020, through October 8, 2020, inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss per share is *the lesser of*:

        a)    the price inflation on the date of purchase as provided in Table 1 above; or

        b)    the purchase price *minus* the "90-Day Lookback Value" on the date of sale provided in Table 2 below.

    iv.    For each share of iAnthus common stock that was still held as of the close of trading on October 8, 2020, the Recognized Loss per share is *the lesser of*:

        a)    the price inflation on the date of purchase as provided in Table 1 above; or

        b)    the purchase price *minus* the average closing price for iAnthus common stock during the 90-Day Lookback Period, which is $0.07.

| Table 2 90-Day Lookback Value | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value |
| 7/13/2020 | $0.10 | 8/11/2020 | $0.07 | 9/10/2020 | $0.07 |
| 7/14/2020 | $0.09 | 8/12/2020 | $0.07 | 9/11/2020 | $0.07 |
| 7/15/2020 | $0.09 | 8/13/2020 | $0.07 | 9/14/2020 | $0.07 |
| 7/16/2020 | $0.08 | 8/14/2020 | $0.07 | 9/15/2020 | $0.07 |
| 7/17/2020 | $0.08 | 8/17/2020 | $0.07 | 9/16/2020 | $0.07 |
| 7/20/2020 | $0.08 | 8/18/2020 | $0.07 | 9/17/2020 | $0.07 |
| 7/21/2020 | $0.08 | 8/19/2020 | $0.07 | 9/18/2020 | $0.07 |
| 7/22/2020 | $0.08 | 8/20/2020 | $0.07 | 9/21/2020 | $0.07 |
| 7/23/2020 | $0.08 | 8/21/2020 | $0.07 | 9/22/2020 | $0.07 |
| 7/24/2020 | $0.08 | 8/24/2020 | $0.07 | 9/23/2020 | $0.07 |
| 7/27/2020 | $0.08 | 8/25/2020 | $0.07 | 9/24/2020 | $0.07 |
| 7/28/2020 | $0.08 | 8/26/2020 | $0.07 | 9/25/2020 | $0.07 |
| 7/29/2020 | $0.08 | 8/27/2020 | $0.07 | 9/28/2020 | $0.07 |
| 7/30/2020 | $0.08 | 8/28/2020 | $0.07 | 9/30/2020 | $0.07 |
| 7/31/2020 | $0.08 | 8/31/2020 | $0.07 | 10/1/2020 | $0.07 |
| 8/3/2020 | $0.08 | 9/1/2020 | $0.07 | 10/2/2020 | $0.07 |
| 8/4/2020 | $0.08 | 9/2/2020 | $0.07 | 10/5/2020 | $0.07 |
| 8/5/2020 | $0.08 | 9/3/2020 | $0.07 | 10/6/2020 | $0.07 |
| 8/6/2020 | $0.08 | 9/4/2020 | $0.07 | 10/7/2020 | $0.07 |
| 8/7/2020 | $0.07 | 9/8/2020 | $0.07 | 10/8/2020 | $0.07 |
| 8/10/2020 | $0.07 | 9/9/2020 | $0.07 | | |

## INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

53.    The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible shares that participate in the Settlement, and when those shares were purchased and sold.  The number of claimants who send in claims varies widely from case to case.

54.    In order to submit a valid claim, you will need to show that you engaged in domestic transactions in iAnthus securities.[4] You may do this by demonstrating that you: (1) transacted in iAnthus shares that traded under the ticker symbol "ITHUF"; (2) made your purchases while located in the United States; (3) made your purchases from a brokerage account located in the United States; and (4) made your purchases in United States dollars.

55.    A purchase or sale of iAnthus common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

56.    Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired iAnthus common stock during the Settlement Class Period by way of gift, inheritance, or operation of law, such a claim will be computed by using the date and price of the original purchase and not the date and price of transfer.  To the extent that iAnthus common stock was originally

---

[4] During the Settlement Class Period, iAnthus common stock was dual-listed on the U.S. over-the-counter ("OTC") market under the ticker symbol "ITHUF," and in Canada under the ticker symbol "IAN."

purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

57.    Notwithstanding any of the above, receipt of iAnthus common stock during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of iAnthus common stock.

58.    The first-in-first-out ("FIFO") basis will be applied to purchases and sales.  Sales will be matched in chronological order, by trade date, first against iAnthus common stock held as of the close of trading on May 11, 2018 (the last trading day before the Settlement Class Period begins), and then against the purchases of iAnthus common stock during the Settlement Class Period.

59.    The date of covering a "short sale" is deemed to be the date of purchase of shares.  The date of a "short sale" is deemed to be the date of sale of shares.  In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero.  In the event that a claimant has an opening short position in iAnthus common stock, the earliest Settlement Class Period purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

60.    With respect to iAnthus common stock purchased through the exercise of a call or put option,[5] the purchase date of iAnthus common stock shall be the exercise date of the option and the purchase price shall be the closing price of iAnthus common stock on the exercise date.  Any Recognized Loss arising from purchases of iAnthus common stock acquired during the Settlement Class Period through the exercise of an option on iAnthus common stock shall be computed as provided for other purchases of iAnthus common stock in the Plan of Allocation. The submission of Claims for such purchases of iAnthus common stock acquired during the Settlement Class Period through the exercise of an option on iAnthus common stock shall otherwise be subject to the same requirements described in this Notice and the Plan of Allocation for submitting a Claim for other purchases of iAnthus common stock.

61.    Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants.  A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her, or its Recognized Loss amounts. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Claim as compared to the total Recognized Claims of all Authorized Claimants.  No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

62.    Settlement Class Members who do not submit an acceptable Claim Form will not share in the Settlement proceeds.   The Stipulation and the Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion or submit an acceptable Proof of Claim.

63.    Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim.  If you are

---

[5] Including (1) purchases of iAnthus common stock as the result of the exercise of a call option, and (2) purchases of iAnthus common stock by the seller of a put option as a result of the buyer of such put option exercising that put option.

unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims administration process, to decide the issue by submitting a written request.

64.    Defendants, their respective counsel, and all other Releasees will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim.  Plaintiff and Lead Counsel likewise will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

65.    Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement.  If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (i) first, to pay any amounts mistakenly omitted from the initial disbursement; (ii) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (iii) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

66.    Lead Plaintiff's Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Lead Plaintiff's Counsel been reimbursed for their out-of-pocket expenses.  Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Lead Plaintiff's Counsel in an amount not to exceed 33.3% (*i.e.*, one-third) of the Settlement Fund.[6]  At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $250,000, which may include an application for reimbursement of the reasonable lost wages, costs, and expenses incurred by Lead Plaintiff directly related to his representation of the Settlement Class.  The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses.  In addition, Lead Counsel may apply for an award to Lead Plaintiff in connection with his representation of the Settlement Class in an amount not to exceed $15,000.  Such sums as may be approved by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.

---

[6] The attorney fee application will be made collectively on behalf of Pomerantz and BGG. Any attorneys' fees awarded by the Court will be divided pursuant to fee sharing agreements as follows: Pomerantz (85%); BGG (15%), in accordance with BGG's level of contribution to the Action.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

67.     Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written request for exclusion from the Settlement Class, addressed to iAnthus Securities Litigation, ATTN: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217.  The exclusion request must be received no later than March 20, 2024.  You will not be able to exclude yourself from the Settlement Class after that date.  Each request for exclusion must (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re iAnthus Capital Holdings, Inc. Securities Litigation*, Case No.: 1:20-cv-03135-LAK"; (c) state the number of iAnthus securities that the person or entity requesting exclusion purchased/acquired and/or sold in domestic transactions during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of iAnthus securities held at the beginning of the Settlement Class Period; and (d) be signed by the person or entity requesting exclusion or an authorized representative.  A request for exclusion shall not be effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

68.     If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Lead Plaintiff's Claim against any of the Defendants' Releasees.

69.     If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

70.     iAnthus has the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiff and Defendants, as set forth in a confidential Supplemental Agreement.

## WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?  DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?

71.     Settlement Class Members do not need to attend the Settlement Hearing.  The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing.  You can participate in the Settlement without attending the Settlement Hearing.

72.     The Settlement Hearing will be held on April 10, 2024, at 9:30 a.m., before the Honorable Lewis A. Kaplan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, NY 10007, or by telephonic, video conferencing, or other electronic means, as posted on the website of the Claims Administrator. The Court reserves the right to approve the Settlement, the Plan of

Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

73.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Southern District of New York at the address set forth below **on or before March 20, 2024**.  You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before March 20, 2024.**

| Clerk's Office | Lead Counsel Representatives | Defendants' Counsel Representative |
|---|---|---|
| U.S. District Court, Southern District of New York Lewis A. Kaplan Daniel Patrick Moynihan United States Courthouse 500 Pearl Street New York, NY 10007 | Jeremy A. Lieberman Michael Grunfeld Pomerantz LLP 600 Third Avenue, 20th Floor New York, NY 10016 | Seth L. Levine Levine Lee LLP 1500 Broadway, Suite 2501 New York, NY 10036

Ian M. Turetsky Reed Smith LLP 599 Lexington Avenue, 22nd Floor New York, NY 10022

Adam R. Mandelsberg Perkins Coie LLP 1155 Avenues of the Americas, 22nd Fl. New York, NY 10036 |

74.    Any objection (a) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the identity and number of iAnthus securities that the objecting Settlement Class Member purchased/acquired and sold in domestic transactions during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale, and the number of securities held at the beginning of the Settlement Class Period.  You may not object to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

75.    You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

76.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that it is received on or before March 20, 2024.  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

77.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 73 above so that the notice is received on or before March 20, 2024.

78.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

79.    Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.

## WHAT IF I BOUGHT iANTHUS SECURITIES ON SOMEONE ELSE'S BEHALF?

80.    If you purchased or otherwise acquired iAnthus securities during the Settlement Class Period for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names and addresses of all such beneficial owners to iAnthus Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173041, Milwaukee, WI 53217. If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred in complying with this Order up to a maximum of $0.15 per name and address provided to the Claims Administrator; up to $0.15 per Notice or Postcard Notice actually mailed, plus postage at a maximum rate of $0.45 per Notice or Postcard Notice; or up to $0.05 per link to the Notice or Postcard Notice transmitted by email, by providing the Claims Administrator

with proper documentation supporting the expenses for which reimbursement is sought.  Copies of this Notice, the Postcard Notice, and the Claim Form may also be obtained from the website maintained by the Claims Administrator, www.iAnthusSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at (866) 561-6086.

**CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?**

81.    This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which are available online via the Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/ or will be provided by Lead Counsel upon request.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.iAnthusSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

|  |  |  |
|---|---|---|
| iAnthus Securities Litigation | and/or | Jeremy A. Lieberman |
| c/o A.B. Data, Ltd. | | Michael Grunfeld |
| P.O. Box 173041 | | POMERANTZ LLP |
| Milwaukee, WI 53217 | | 600 Third Avenue, 20th Floor |
| www.iAnthusSecuritiesLitigation.com | | New York, NY 10606 |
| info@iAnthusSecuritiesLitigation.com | | (212) 661-1100 |
| | | jalieberman@pomlaw.com |
| | | mgrunfeld@pomlaw.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: December 20, 2023

By Order of the Court
United States District Court
Southern District of New York

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action),<br>20-cv-03513 (Cedeno) | |

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  April 17, 2024**

If you purchased or otherwise acquired defendant iAnthus Capital Holdings, Inc. ("iAnthus") securities during the period from May 14, 2018, through July 10, 2020, inclusive (the "Settlement Class Period"), pursuant to domestic transactions, and were allegedly damaged thereby you are a "Settlement Class Member" and you may be entitled to share in the settlement proceeds. (Excluded from the Settlement Class are (i) Defendants, (ii) current and former officers and directors of iAnthus and GGP; (iii) members of the immediate family of each of the Individual Defendants; (iv) all subsidiaries and affiliates of iAnthus and GGP and the directors and officers of iAnthus, GGP, and their respective subsidiaries or affiliates; (v) all persons, firms, trusts, corporations, officers, directors, and any other individual or entity in which any Defendant has a controlling interest; (vi) the legal representatives, agents, affiliates, heirs, successors-in-interest, or assigns of all such excluded parties; and (vii) any persons or entities who properly exclude themselves by filing a valid and timely request for exclusion.)

If you are a Settlement Class Member, you must complete and submit this Claim Form and Release Form ("Claim Form") in order to be eligible for any Settlement benefits. You can complete and submit the electronic version of this Claim Form by 11:59 p.m. EST on April 17, 2024, at www.iAnthusSecuritiesLitigation.com.

If you do not complete and submit an electronic version of this Claim Form, you must complete and sign this Claim Form and mail it by First-Class Mail, postmarked no later than **April 17, 2024**, to the Claims Administrator, at the following address:

iAnthus Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173041
Milwaukee, WI 53217
Tel.: (866) 561-6086
Email: info@iAnthusSecuritiesLitigation.com

Your failure to submit your claim by April 17, 2024, will subject your claim to rejection and preclude you from receiving any money in connection with the Settlement of this Action. Do not mail or deliver your claim to the Court or to any of the Parties or their counsel, as any such claim will be deemed not to have been submitted. Submit your claim only to the Claims Administrator. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not share in the Settlement, but you nevertheless will be bound by the Judgment of the Court unless you exclude yourself.

Submission of a Claim Form does not ensure that you will share in the proceeds of the Settlement.

**CLAIMANT'S STATEMENT**

1.  I (We) purchased or otherwise acquired iAnthus securities during the Settlement Class Period in domestic transactions. (Do not submit this Claim Form if you did not purchase or otherwise acquire iAnthus securities during the Settlement Class Period.)

2.  By submitting this Claim Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [*e.g.*, as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  By submitting this Claim Form, I (we) state that I (we) believe in good faith that I (we) can show that I (we) engaged in domestic transactions in iAnthus securities, such as by demonstrating that I (we): (1) transacted in iAnthus shares that traded under the ticker symbol "ITHUF"; (2) made my (our) purchases while located in the United States; (3) made my (our) purchases from a brokerage account located in the United States; and (4) made my (our) purchases in United States dollars.

4.  I (We) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form. I (We) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

5.  I (We) have set forth where requested below all relevant information with respect to each purchase or acquisition of iAnthus securities during the Settlement Class Period, and each sale, if any, of such securities. I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

6.  I (We) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase/acquisition and sale of iAnthus securities listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

7.  I (We) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss (as that term is defined in the Notice). In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities such as options.)

8.  Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and final release, relinquishment, and discharge by me (us) and my (our) successors and assigns in any capacity (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and by its, his, her, or their successors and assigns in any capacity) of each of the "Releasees" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated June 16, 2023 ("Stipulation"). I (We) further agree and acknowledge that I (we) and anyone claiming through or on my (our) behalf (or, if I am (we are) submitting this Claim Form on behalf of a

corporation, a partnership, estate, or one or more other persons, by it, him, her, or them and anyone claiming through or on its, his, her, or their behalf) will be permanently and forever barred and enjoined from commencing, instituting, prosecuting, or continuing to prosecute, in any capacity, any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or any other forum asserting the Released Claims against any of the Releasees.

9. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and anyone claiming through or on my (our) behalf (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate, or one or more other persons, by it, him, her, or them, and anyone claiming through or on its, his, her, or their behalf) to permanently refrain from instituting, commencing, or prosecuting in any capacity any Released Claims against any of the Releasees.

10. "Releasees" has the meaning laid out in the Stipulation.

11. "Released Claims" has the meaning laid out in the Stipulation.

12. "Unknown Claims" has the meaning laid out in the Stipulation.

13. I (We) acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the subject matter of the Released Claims, but expressly fully, finally, and forever settle and release any and all Released Claims, known or Unknown Claims, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts.

14. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

15. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at info@iAnthusSecuritiesLitigation.com or visit their website at www.iAnthusSecuritiesLitigation.com to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

16. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.iAnthusSecuritiesLitigation.com. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated email confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@iAnthusSecuritiesLitigation.com or (866) 561-6086. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
*IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION*
Civil Action No. 1:20-cv-03135-LAK

**PROOF OF CLAIM AND RELEASE**
**Must Be Postmarked (if Mailed) or Received (if Filed Electronically)**
**No Later Than: April 17, 2024**
PLEASE TYPE OR PRINT

**I.    CLAIMANT INFORMATION**

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Account Number | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF DOMESTIC TRANSACTIONS IN IANTHUS SECURITIES

**Beginning Holdings:**

A. State the total number of ITHUF shares held at the close of trading on May 13, 2018 (*must be documented*) that were purchased pursuant to domestic transactions. If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of ITHUF shares from May 14, 2018, through October 8, 2020, both dates inclusive, pursuant to domestic transactions, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Price Per Share | Total Cost (Excluding Commissions, Taxes, and Fees) | Were Shares transacted on the U.S. over-the-counter market under the ticker symbol "ITHUF"? (Yes/No) [1] | Were Shares Received through a Corporate Acquisition or Merger? (Yes/No) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Sales:**

C. Separately list each and every sale of ITHUF shares from May 14, 2018, through October 8, 2020, both dates inclusive, that were purchased pursuant to domestic transactions, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price Per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D. State the total number of ITHUF shares held at the close of trading on October 8, 2020 (*must be documented*), that were purchased pursuant to domestic transactions. If none, write "zero" or "0."

Please check the following box if the documents evidencing each purchase/acquisition and sale of ITHUF stock listed above shows that they were (1) purchased in a brokerage account located in the United States and (2) were purchased in United States dollars.

---

[1] During the Settlement Class Period, iAnthus common stock was dual-listed on the U.S. over-the-counter ("OTC") market under the ticker symbol "ITHUF," and in Canada under the ticker symbol "IAN."

QUESTIONS? PLEASE CALL 866-561-6086 OR VISIT WWW.IANTHUSSECURITIESLITIGATION.COM.

PAGE 5 of 7

**III.    TAXPAYER IDENTIFICATION NUMBER**

The Claimant Information form above requests a Taxpayer Identification Number. For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such Taxpayer Identification Number.  If you fail to provide this information, your claim may be rejected.

**IV.    CERTIFICATION**

I (We) submit this Claim Form under the terms of the Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases/acquisitions or sales of iAnthus securities during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (we are) exempt from backup withholding; or (b) I (we) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

**V.    DECLARATION UNDER PENALTY OF PERJURY, SIGNATURE, & DATE**

Please check the box below, if applicable:

☐    I (We) certify that the purchases or acquisitions referenced in this claim form were made while I (we) was (were) located in the United States. If only certain transactions were made in the United States, please specify which ones.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT, AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, *e.g.*, beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS CLAIM FORM MUST BE SUBMITTED ELECTRONICALLY AT WWW.IANTHUSSECURITIESLITIGATION.COM BY 11:59 P.M. EST ON APRIL 17, 2024, OR MAILED TO THE CLAIMS ADMINISTRATOR AT THE BELOW ADDRESS, POSTMARKED NO LATER THAN APRIL 17, 2024:**

iAnthus Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173041
Milwaukee, WI 53217
Tel.: (866) 561-6086
Email: info@iAnthusSecuritiesLitigation.com

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by April 17, 2024, and if a postmark is indicated on the envelope and it is mailed first-class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgment. If you do not receive an acknowledgment within 45 days, please contact the Claims Administrator by telephone toll-free at (866) 561-6086 or by email at info@iAnthusSecuritiesLitigation.com.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form.  Please notify the Claims Administrator of any change of address.

### REMINDER CHECKLIST

o   Please be sure to sign this Claim Form on page 6.  If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.

o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Claim Form or any supporting documents.

o   If you move or change your address, telephone number, or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

# EXHIBIT D

# Pomerantz LLP Announces Notice of Pendency of Class Action and Proposed Settlement of Class Action in the In re iAnthus Capital Holdings, Inc. Securities Litigation

NEWS PROVIDED BY
**Pomerantz LLP →**
22 Jan, 2024, 10:00 ET

NEW YORK, Jan. 22, 2024 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| | No. 20-cv-03135-LAK |
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO: | |
| Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:  All persons and entities who, during the period from May 14, 2018, through July 10, 2020, inclusive (the "Settlement Class Period"), purchased or otherwise acquired iAnthus Capital Holdings, Inc. ("iAnthus") securities in domestic transactions and were allegedly damaged**

**thereby (the "Settlement Class").**

**Please read this notice carefully. your rights will be affected by a class action lawsuit pending in this court.**

YOU ARE HEREBY NOTIFIED that Lead Plaintiff in the Action has reached a proposed settlement of the Action for $2,900,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on April 10, 2024, at 9:30 a.m., before the Honorable Lewis A. Kaplan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, NY  10007, or by telephonic, video conferencing, or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether for settlement purposes only, the Settlement Class should be certified, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; (v) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (vi) whether to award Lead Plaintiff out of the Settlement Fund pursuant to 15 U.S.C. §78u-4(a)(4) in connection with his representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**.  If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at iAnthus Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173041, Milwaukee, WI 53217. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, **www.iAnthusSecuritiesLitigation.com**.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than April 17, 2024.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than March 20, 2024, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are *received* no later than March 20, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, iAnthus, or Defendants' counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

iAnthus Securities Litigation

c/o A.B. Data, Ltd.

P.O. Box 173041

Milwaukee, WI 53217

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP

Jeremy A. Lieberman

Michael Grunfeld

600 Third Avenue, 20th Floor

New York, NY 10016

**jalieberman@pomlaw.com**

**mgrunfeld@pomlaw.com**

Dated: December 20, 2023                    By Order of the Court

United States District Court

Southern District of New York

SOURCE Pomerantz LLP

# Sign up for Top Stories & curated News delivered to your inbox



Enter Your Email

Select Country

SUBMIT

By signing up you agree to receive content from us.

Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

# EXHIBIT E

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF JANUARY 22, 2024   **A11**

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | |
|---|---|
| Apple Inc (AAPL) | 12.63% |
| Microsoft Corp (MSFT) | 10.02% |
| Amazon.com Inc (AMZN) | 8.27% |
| Facebook Inc Cl A (FB) | 3.91% |
| Tesla Inc (TSLA) | 3.19% |

| | |
|---|---|
| NeoGenomics Inc (NEO) | 1.35% |
| Cleveland-Cliffs Inc (CLF) | 1.31% |
| Yeti Holdings Inc (YETI) | 1.16% |
| Omnicell Inc (OMCL) | 1.14% |
| Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds.

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | |
|---|---|
| Apple Inc (AAPL) | 11.88% |
| Microsoft Corp (MSFT) | 9.42% |
| Amazon.com Inc (AMZN) | 7.78% |
| Facebook Inc Cl A (FB) | 3.68% |
| Tesla Inc (TSLA) | 3.00% |

| | |
|---|---|
| Berkshire Hathaway (BRKB) | 2.84% |
| J P Morgan Chase (JPM) | 2.43% |
| Walt Disney Company (DIS) | 2.06% |
| Johnson & Johnson (JNJ) | 1.56% |
| Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds.

## Top Growth Funds
Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mo | Rating 36 mo | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +43 | A+ | 129.90 mil |
| Rydex:NASDAQ 2x | +27 | A+ | 726.30 mil |
| ProFunds:UltraNASDAQ | +27 | A+ | 952.30 mil |
| Touchstone:Sel Gro | +25 | E | 662.00 mil |
| Wasatch:Ultra Gro | +21 | E | 746.20 mil |
| ProFunds:UltraBull | +21 | A+ | 126.90 mil |
| Rydex:S&P 500 2x | +21 | A+ | 151.70 mil |
| Fidelity Sel Cnst&Hous | +21 | A+ | 589.40 mil |
| Baron Fifth Ave Gro | +20 | E | 363.80 mil |
| Value Line Lg Co Fc | +19 | D+ | 280.00 mil |
| TCW:Select Equities | +19 | A- | 483.80 mil |
| MainStay:Wnslw LCG | +19 | A | 1.299 bil |
| BlackRock:Tech Oppt | +19 | D- | 2.407 bil |
| CIBC Atlas AllCp Gr | +19 | A- | 213.70 mil |
| Russ Inv:Sust Eqty | +19 | A+ | 131.40 mil |
| Virtus:Zeven Inn GrSt | +18 | E | 359.80 mil |
| TRowePrice Glbl Tech | +18 | E | 2.354 bil |
| Akre Focus Fund | +18 | A | 7.246 bil |
| Patient Opportunity | +18 | E | 576.40 mil |
| Franklin Str:SCG | +18 | E | 1.305 bil |
| Edgewood Growth | +18 | C+ | 17.134 bil |
| Alger Inst:Cap App | +18 | B | 1.074 bil |
| Alger:Capital Apprec | +18 | A+ | 816.40 mil |
| Putnam Sustainble Ft | +18 | E | 281.80 mil |
| CB Large Cap Gr | +17 | A | 3.68 bil |

**U.S. Stock Fund Cash Position**  High (11/00) 6.2%   Low (12/21) 1.5%

| | | | | | |
|---|---|---|---|---|---|
| 22-Jun | 2.40% | 22-Dec | 2.40% | 23-Jun | 1.98% |
| 22-Jul | 2.40% | 23-Jan | 2.30% | 23-Jul | 1.83% |
| 22-Aug | 2.50% | 23-Feb | 2.26% | 23-Aug | 1.79% |
| 22-Sep | 2.50% | 23-Mar | 2.17% | 23-Sep | 1.87% |
| 22-Oct | 2.50% | 23-Apr | 2.22% | 23-Oct | 1.94% |
| 22-Nov | 2.50% | 23-May | 2.05% | 23-Nov | 1.87% |

## Top Growth Funds
Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 36 mo | $ Net Assets |
|---|---|---|---|
| ProFunds:Semiconduct | +8 | A+ | 129.90 mil |
| Third Avenue:Value | -2 | A+ | 683.30 mil |
| BlackRock:Exchange | +2 | A+ | 230.20 mil |
| Hennessy:Crnst MdCp | -3 | A+ | 328.70 mil |
| Kinetics:SC Oppty | -3 | A+ | 213.60 mil |
| Fidelity Sel Cnst&Hous | -1 | A+ | 589.40 mil |
| Gotham Index Plus | +2 | A+ | 564.60 mil |
| FMI:Common Stock | -2 | A+ | 573.10 mil |
| Hotchkis:Sm Cap Val | -4 | A+ | 668.40 mil |
| Avantis US SCV | -4 | A+ | 451.40 mil |
| Nicholas Fund | +2 | A+ | 3.716 bil |
| Federtd Hrms MDTLC | +3 | A+ | 545.20 mil |
| Fidelity SAI US Qual Idx | -2 | A+ | 12.696 bil |
| Oberweis:Micro-Cap | -5 | A+ | 201.60 mil |
| GMO:Quality | +1 | A+ | 2.884 bil |
| Pear Tree:Quality | +1 | A+ | 152.50 mil |
| Buffalo:Flex Inc | 0 | A+ | 281.90 mil |
| ProFunds:UltraBull | 0 | A+ | 126.90 mil |
| Rydex:S&P 500 2x | 0 | A+ | 151.70 mil |
| AMG RR Mid Cap Val | -1 | A+ | 236.90 mil |
| Federated Hrms MDT AC | -1 | A+ | 411.50 mil |
| Russ Inv:Sust Eqty | +1 | A+ | 131.40 mil |
| Northern Fds:Lg Cp Core | +1 | A+ | 249.40 mil |
| BNYM Large Cp Securities | +1 | A+ | 1.941 bil |
| Columbia:LgCp En Cre | -1 | A+ | 217.10 mil |

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK No. 20-cv-03513-LAK |

THIS DOCUMENT RELATES TO:
Nos. 20-cv-03135 (Securities Class Action),
20-cv-03513 (Cedeno)

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities who, during the period from May 14, 2018, through July 10, 2020, inclusive (the "Settlement Class Period"), purchased or otherwise acquired iAnthus Capital Holdings, Inc. ("iAnthus") securities in domestic transactions and were allegedly damaged thereby (the "Settlement Class").

**PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED that Lead Plaintiff in the Action has reached a proposed settlement of the Action for $2,900,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on April 10, 2024, at 9:30 a.m., before the Honorable Lewis A. Kaplan at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Courtroom 21B, 500 Pearl Street, New York, NY 10007, or by telephonic, video conferencing, or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether for settlement purposes only, the Settlement Class should be certified, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Lead Counsel should be appointed as Class Counsel for the Settlement Class; (iii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; (v) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved; and (vi) whether to award Lead Plaintiff out of the Settlement Fund pursuant to 15 U.S.C. §78u 4(a)(4) in connection with his representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at iAnthus Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173041, Milwaukee, WI 53217. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.iAnthusSecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than April 17, 2024. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than March 20, 2024, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' Counsel such that they are *received* no later than March 20, 2024, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, iAnthus, or Defendants' counsel regarding this notice.** All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Requests for the Notice and Claim Form should be made to:

iAnthus Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173041
Milwaukee, WI 53217

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com

Dated: December 20, 2023

By Order of the Court
United States District Court
Southern District of New York

©2024 Investor's Business Daily, LLC. All rights reserved.