# EXHIBIT 3

| 3/6/2024 | Pomerantz LLP<br>Hours and Amount by Current Rate<br>From 1/1/1995  to 3/6/2024 | Page 1 of 1 |

**iAnthus Capital Holdings, Inc.**

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Bruckner, Gustavo F. | Partner | $1,100.00 | 3.25 | $3,575.00 |
| Dean, Jay D. | Staff Attorney | $715.00 | 268.00 | $191,620.00 |
| Lieberman, Jeremy | Partner | $1,325.00 | 30.20 | $40,015.00 |
| Hood, Alex | Partner | $975.00 | 5.30 | $5,167.50 |
| Grunfeld, Michael | Partner | $1,000.00 | 646.10 | $646,100.00 |
| Lahav, Timor | Staff Attorney | $510.00 | 30.25 | $15,427.50 |
| LoPiano, James | Associate | $550.00 | 1.44 | $792.00 |
| Pryzblowski, Thomas | Associate | $600.00 | 19.95 | $11,970.00 |
| Scudieri, Terrence | Associate | $520.00 | 6.90 | $3,588.00 |
| Cordovi, Brandon | Associate | $550.00 | 222.80 | $122,540.00 |
| | ATTORNEY TOTAL | | 1234.19 | $1,040,795.00 |

| PARALEGAL AND OTHER TIMEKEEPERS | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Lo, Jack | Paralegal | $365.00 | 14.25 | $5,201.25 |
| Jordan, Ellen | Paralegal | $360.00 | 68.60 | $24,696.00 |
| Mastrogiacomo, Maria | Paralegal | $360.00 | 3.70 | $1,332.00 |
| | PARALEGAL AND OTHER TIMEKEEPERS TOTAL | | 86.55 | $31,229.25 |
| | FIRM'S TOTAL | | 1320.74 | $1,072,024.25 |