# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**DECLARATION OF JOSE ANTONIO SILVA IN SUPPORT**
**OF LEAD PLAINTIFF'S UNOPPOSED MOTIONS FOR**
**(I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF**
**ALLOCATION AND (II) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF**
**EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF**

Pursuant to 28 U.S.C. §1746, I, Dr. Jose Antonio Silva, hereby declare:

1.      I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (a) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action.

2.      I have personal knowledge of the matters attested to in this Declaration. I also am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA").

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 16, 2023 ("Stipulation").

3.    Pursuant to my obligations as Lead Plaintiff, I consulted with my lawyers concerning the settlement negotiations in this matter. My lawyers conferred with me in advance of their negotiations with counsel for Defendants and informed me promptly of the progress of those settlement negotiations. Based on consultation with my lawyers and considering the risks and expense of continued litigation, on behalf of myself and the Settlement Class, I support the proposed $2.9 million Settlement in this case. I believe this is a fair and adequate result, considering the strengths of the case in light of the risks and expense of continued litigation.

4.    As Lead Plaintiff, I participated in each phase of the litigation since my appointment as Lead Plaintiff on July 9, 2020, conferring with my counsel about substance and procedure, and remaining abreast of developments in this case. This includes:

a.    Regularly communicating with my lawyers at Pomerantz LLP and Bronstein, Gewirtz & Grossman, LLC concerning strategic and other aspects of this litigation;

b.    Requesting and receiving regular updates on material events, and reviewing drafts of court filings that my lawyers prepared, including the Consolidated Amended Class Action Complaint (the "First Amended Complaint"); Defendants' motions to dismiss the First Amended Complaint, including my opposition to Defendants' motion and Defendants' reply briefs; the Court's order dismissing the First Amended Complaint; the Second Consolidated Amended Complaint ("Second Amended Complaint"); Defendants' motions to dismiss the Second Amended Complaint, including my opposition to Defendants' motion and Defendants' reply briefs; and discussions concerning the mediation and potential resolution of this matter;

c.    I spent a considerable amount of time and effort assisting my lawyers in obtaining information related to my transactions in iAnthus stock, to add support in the Second Amended Complaint for the conclusion that these transactions occurred in the United States;

d.    Discussing the settlement negotiations with my counsel and approving the proposed $2.9 million Settlement; and

e.    Reviewing the Settlement documents and motions in support of the Settlement.

2

5.      I believe that I fulfilled my duty to the Settlement Class to work with counsel to make sure the Settlement Class received fair and adequate representation. I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances, and I believe that the Settlement confers the best result possible under all of the circumstances.

6.      I devoted significant time representing the Settlement Class in my capacity as the sole Lead Plaintiff in this Action. In fulfillment of my responsibilities as Lead Plaintiff, as discussed in paragraph 4 above, I estimate that I devoted at least 40 hours of time to this litigation. I am employed as a cardiologist and estimate that my time is worth at least $400 per hour in that role. The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me. I respectfully request that the Court approve a payment to me in the amount of $15,000, as reimbursement for the time spent and efforts I made on behalf of the Settlement Class.

7.      I believe that this request for reimbursement is fair and reasonable, and that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Class. In particular, the information that I obtained concerning my transactions in iAnthus stock greatly assisted the Settlement Class because the Court based its ruling denying Defendants' motions to dismiss the Second Amended Complaint on this information, noting on page 20 of its decision that "Silva now has furnished additional information" in support of the conclusion that my transactions took place in the United States.

8.      I understand Class Counsel will seek an award of attorneys' fees in the amount of 33.3% of the Settlement Amount. I support Class Counsel's request for attorneys' fees and I believe that Class Counsel's application for attorneys' fees is fair and reasonable in light of the

3

work performed by Class Counsel on behalf of the Settlement Class. I also support Class Counsel's request for reimbursement of litigation expenses of approximately $117,000, which I believe is fair and reasonable.

9.      In sum, I respectfully request that the Court approve the Settlement; grant my request for a compensatory award for the time I spent on this case representing the Class; and approve Class Counsel's request for attorneys' fees and full reimbursement of litigations expenses.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on: _____March 5, 2024_____                 . *Jose Antonio Silva*
                                                            ADDA23B17E2540E...
                                                            Dr. Jose Antonio Silva

4