**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | Case No. 20-cv-03135-LAK<br>Case No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-CV-03513 (Cedeno) | |

<u>**DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE**</u>

I, KYLE S. BINGHAM, hereby declare and state as follows:

1.     My name is KYLE S. BINGHAM.  I am over the age of 25 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 350 class action settlements.

3.     Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management and distribution services.

4.     Previously, I executed a *Declaration of Kyle S. Bingham on Implementation of CAFA Notice* on March 31, 2023, which described the CAFA Notice mailing sent on March 31, 2023.

5.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

**CAFA NOTICE IMPLEMENTATION**

6.      At the direction of counsel for Defendants iAnthus Capital Holdings, Inc., Gotham Green Partners LLC, Hadley C. Ford, Julius John Kalcevich, and Jason Alder, 57 federal and state officials (Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

7.      Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

8.      On June 26, 2023, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS Certified Mail to 55 officials (the Attorneys General of the 49 states, the District of Columbia, and the United States Territories). As per the direction of the Office of the Nevada Attorney General, the Notice was sent to the Nevada Attorney General electronically via email. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States. The CAFA Notice Service List (USPS Certified Mail, Email, and UPS) is included as **Attachment 1**.

9.      The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

10.     The cover letter was accompanied by a CD, which included the following:

     a.      **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

- Finch Complaint (filed April 20, 2020);

- Cedeno Complaint (filed May 5, 2020);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

- Consolidated Amended Class Action Complaint (filed September 4, 2020); and

- Second Consolidated Amended Class Action Complaint (filed November 3, 2021).

b. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

- Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion For An Award of Attorneys' Fees and Reimbursement of Litigation Expenses *(Exhibit A-1 to the Amended Stipulation and Agreement of Settlement)*;

- Proof of Claim and Release *(Exhibit A-2 to the Amended Stipulation and Agreement of Settlement)*;

- Summary Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses *(Exhibit A-3 to the Amended Stipulation and Agreement of Settlement)*; and

- Postcard Notice *(Exhibit A-4 to the Amended Stipulation and Agreement of Settlement)*.

c. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The following documents were included:

- Notice of Lead Plaintiff's Unopposed Motion for Approval of Notice of Class Action Settlement;

- Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Approval of Notice of Class Action Settlement;

- Declaration of Michael Grunfeld in Support of Lead Plaintiff's Unopposed Motion for Approval of Notice of Class Action Settlement with Exhibits;

- Amended Stipulation and Agreement of Settlement;

  - [Proposed] Order Approving Notice (*Exhibit A to the Amended Stipulation and Agreement of Settlement*); and

  - [Proposed] Final Judgment and Order of Dismissal with Prejudice (*Exhibit B to the Amended Stipulation and Agreement of Settlement*).

d. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** A redacted version of the Confidential Supplemental Agreement entered into by the Parties.

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 26, 2023.

_____
KYLE S. BINGHAM

DECLARATION OF KYLE S. BINGHAM ON IMPLEMENTATION OF CAFA NOTICE

# Attachment 1

CAFA Notice Service List
USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Tim Griffin | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Kris Mayes | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Brian Schwalb | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Anne E Lopez | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Brenna Bird | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Raul Labrador | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Kris Kobach | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Andrea Campbell | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Anthony G Brown | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Andrew Bailey | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Mike Hilgers | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Raul Torrez | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | Gentner Drummond | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Michelle A. Henry | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Marty Jackley | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Charity R Clark | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | American Samoa Gov't Exec Ofc Bldg Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Douglas Moylan | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Ariel K Smith | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

**CAFA Notice Service List**

**Email**

| Company | Contact Format | State |
|---|---|---|
| Office of the Attorney General for Nevada | All documents sent to NV AG at their dedicated CAFA email inbox. | NV |

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

# Attachment 2

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

June 26, 2023

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| :---: |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, please find enclosed information from Defendants iAnthus Capital Holdings, Inc., Gotham Green Partners LLC, Hadley C. Ford, Julius John Kalcevich, and Jason Alder relating to the proposed settlement of a class action lawsuit.

On March 31, 2023, you were previously notified of a proposed class action settlement in *In re iAnthus Capital Holdings, Inc. Securities Litigation,* United States District Court for the Southern District of New York, Case No. 1:20-cv-03135-LAK and Case No. 1:20-cv-03513-LAK. That notice was provided within ten days of the proposed settlement being filed with the Court and included all the information required by 28 U.S.C. § 1715(b). This is a follow-up notice in connection with an amended stipulation of settlement.

- **Case:** *In re iAnthus Capital Holdings, Inc. Securities Litigation*, Case No. 1:20-cv-03135-LAK and Case No. 1:20-cv-03513-LAK.

- **Court**: United States District Court for the Southern District of New York.

- **Defendants:** iAnthus Capital Holdings, Inc., Gotham Green Partners LLC, Hadley C. Ford, Julius John Kalcevich, and Jason Alder.

- **Documents Enclosed**: In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD:

  1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**

     a. Finch Complaint (filed April 20, 2020);

     b. Cedeno Complaint (filed May 5, 2020);

     c. Consolidated Amended Class Action Complaint (filed September 4, 2020); and

     d. Second Consolidated Amended Class Action Complaint (filed November 3, 2021).

  2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a preliminary hearing or a final approval hearing or any other judicial hearing concerning the settlement agreement at this time.

  3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:**

     - Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion For An Award of Attorneys' Fees and Reimbursement of Litigation Expenses *(Exhibit A-1 to the Amended Stipulation and Agreement of Settlement)*;

     - Proof of Claim and Release Form *(Exhibit A-2 to the Amended Stipulation and Agreement of Settlement)*;

**CAFA NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- Summary Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses *(Exhibit A-3 to the Amended Stipulation and Agreement of Settlement)*; and

- Postcard Notice *(Exhibit A-4 to the Amended Stipulation and Agreement of Settlement)*.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  The following documents are included:

- Notice of Lead Plaintiff's Unopposed Motion for Approval of Notice of Class Action Settlement;

- Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Approval of Notice of Class Action Settlement;

- Declaration of Michael Grunfeld in Support of Lead Plaintiff's Unopposed Motion for Approval of Notice of Class Action Settlement with Exhibits;

- Amended Stipulation and Agreement of Settlement;

    o [Proposed] Order Approving Notice *(Exhibit A to the Amended Stipulation and Agreement of Settlement)*; and

    o [Proposed] Final Judgment and Order of Dismissal with Prejudice *(Exhibit B to the Amended Stipulation and Agreement of Settlement)*.

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:** Pursuant to Paragraph 43 of the Stipulation, a Confidential Supplemental Agreement has been entered into by the Parties, a redacted version of which is included herewith.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  To date, the Court has not issued a final order, judgment or dismissal in the above-referenced action.

7. **Per 28 U.S.C. § 1715(b)(7) – Estimate of Class Members:** Because this is a securities class action settlement, Defendants at this time do not have access to information sufficient to identify the names of the settlement class members who reside in each state or to estimate proportionate shares of their claims to the entire settlement.  It is also not feasible for Defendants to provide a reasonable estimate of the number of class members residing in each state or the estimated proportionate share of each class member's claims to the entire settlement.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  To date, the Court has not issued a final order or judgment in the above-referenced action.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Sincerely,

CAFA Notice Administrator

Enclosures