**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF: (I) LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, <u>AND COMPENSATORY AWARD TO LEAD PLAINTIFF</u>**

Court-appointed Lead Plaintiff Jose Antonio Silva ("Lead Plaintiff"), and Court-appointed Lead Counsel, Pomerantz LLP ("Pomerantz"), on behalf of all Plaintiff's Counsel,[1] respectfully submit this memorandum in further support of: (i) Lead Plaintiff's unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 137, the "Final Approval Motion"); and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff (ECF No. 139, the "Fee and Expense Application").[2]

This Reply is supported by the Supplemental Declaration of Rochelle J. Teichmiller Regarding (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date ("Suppl. Mailing Declaration"), filed herewith.

The Court ordered a deadline of March 20, 2024 for Settlement Class Members to object to the fairness, reasonableness, or adequacy of the Settlement, plan of allocation, proposed attorneys' fees and expenses, and proposed compensatory award to Lead Plaintiff. In response to the dissemination of 40,338 copies of the Postcard Notice to potential Settlement Class Members or their nominees, there have been no objections to any aspect of the Settlement or proposed awards received. Suppl. Mailing Declaration at ¶¶ 3-4, 8. In addition, only one request for exclusion has been received. *Id.* at ¶7.

Accordingly, the reaction of Settlement Class Members to the proposed Settlement, plan of allocation, proposed attorneys' fees and expenses, and proposed compensatory award to Lead

---

[1] "Plaintiff's Counsel" means Lead Counsel and Bronstein, Gewirtz & Grossman, LLC.

[2] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 16, 2023 ("Stipulation," ECF No 131-1), or in the declaration of Michael Grunfeld, dated March 6, 2024, in support of the Final Approval Motion and the Fee and Expense Application (ECF No. 140).

Plaintiff strongly supports entering the proposed Final Judgment and Order of Dismissal with Prejudice, filed herewith.

## I. INTRODUCTION

After over three years of hard-fought litigation, including a full-day mediation session facilitated by a well-respected neutral mediator, Lead Plaintiff submitted a $2,900,000 all cash, non-reversionary settlement for Court approval.  The reaction of the Settlement Class confirms that the Settlement is a very favorable result.  Furthermore, though the Notice informed Settlement Class Members that Lead Counsel may seek up to $250,000 in litigation expenses, Lead Counsel has requested only $116,615.44 (plus accrued interest).  After an extensive notice program, which included mailing 40,338 copies of the Postcard Notice to potential Settlement Class Members or their nominees and publishing the Summary Notice in *Investor's Business Daily* and on *PR Newswire*, not a single objection has been filed and only one request for exclusion has been received.[3]

The Settlement Class's overwhelmingly positive reaction strongly supports approval of the Settlement and the Plan of Allocation, as well as the request for attorneys' fees, reimbursement of expenses, and a compensatory award to Lead Plaintiff.

## II. THE SETTLEMENT CLASS'S POSITIVE REACTION SUPPORTS APPROVAL OF THE SETTLEMENT, PLAN OF ALLOCATION, AND THE REQUESTED ATTORNEYS' FEES, LITIGATION EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF

### A. The Court-Approved Notice Program Has Been Implemented

Pursuant to the Court's December 20, 2023 Order Approving Notice, A.B. Data, Ltd. ("A.B. Data") was authorized to act as the Claims Administrator in connection with the Settlement.

---

[3] *See* Suppl. Mailing Decl. ¶¶ 3-4, 7-8, Ex. A; ECF No. 140-2 ¶ 9 and Exs. D and E (confirming publication of Summary Notice).

(ECF No. 133 ¶7). In that capacity, A.B. Data, under the supervision of Lead Counsel, mailed 40,338 copies of the Postcard Notice to potential Settlement Class Members and nominees. Suppl. Mailing Decl. ¶¶ 3-4. Moreover, the Summary Notice was published in *Investor's Business Daily* and transmitted over *PR Newswire* on January 22, 2024. (ECF No. 140-2 ¶ 9). The Postcard Notice, Long-Notice and Summary Notice advised Settlement Class Members of the Settlement and the request for an award of attorneys' fees, reimbursement of Litigation Expenses, and a compensatory award to Lead Plaintiff. *See id.*, Exs. A, B, E. The Postcard Notice, Long-Notice and Summary Notice further advised Settlement Class Members that the last day for requesting exclusion from the Settlement was March 20, 2024, and the last day for filing an objection to the Settlement, the Plan of Allocation, and/or the request for an award of attorneys' fees and reimbursement of Litigation Expenses and an award to Lead Plaintiff was March 20, 2024. *See id.*, Ex. A at 18, Ex. B at 4 and ¶¶ 67, 73-77, Ex. E.

On March 6, 2024, fourteen (14) days before the objection deadline, Lead Plaintiff and Lead Counsel filed their opening papers in support of the Final Approval Motion and Fee and Expense Application. The motions were supported by the declarations of Lead Plaintiff, Lead Counsel, and the Claims Administrator. These papers have been available since that time on the public docket and on the settlement website (www.iAnthusSecuritiesLitigation.com). *See* ECF Nos. 136-140; Suppl. Mailing Decl. ¶ 6.

The exclusion and objection deadlines have now passed. As set forth below, only one purported Settlement Class Member requested exclusion from the Settlement Class, and there have been no objections to the Settlement, the Plan of Allocation, the request for attorneys' fees, the request for reimbursement of litigation expenses, or the PSLRA award to Lead Plaintiff. *See* Suppl. Mailing Decl. ¶¶ 7-8.

**B.      The Settlement Class's Reaction Supports Approval Of The Settlement, Plan Of Allocation, And Fee And Expense Application**

Lead Plaintiff and Lead Counsel respectfully submit that the overwhelmingly positive response from the Settlement Class confirms the fairness, adequacy, and reasonableness of the Settlement. *See, e.g.*, *Gruber v. Gilbertson*, 2022 WL 17828609, at *19 (S.D.N.Y. Dec. 21, 2022) ("If only a small number of objections are received, that fact can be viewed as indicative of the adequacy of the settlement")[4]; *In re Petrobras Sec. Litig.*, 317 F. Supp. 3d 858, 872 (S.D.N.Y. 2018) (holding that the "small number of objectors . . . strongly suggest that the settlement amount is fair, adequate, and reasonable"), *aff'd*, 784 F. App'x 10 (2d Cir. 2019); *In re FLAG Telecom Holdings, Ltd. Sec. Litig.*, 2010 WL 4537550, at *16 (S.D.N.Y. Nov. 8, 2010) ("The absence of objections to the Settlement supports the inference that it is fair, reasonable and adequate."); *In re Merrill Lynch & Co. Research Reports Sec. Litig.*, 2007 WL 313474, at *10 (S.D.N.Y. Feb. 1, 2007) (holding a "minimal number of objections and requests for exclusion militates in favor of approving the settlement as be[ing] fair, adequate, and reasonable").

A favorable reaction by settlement class members is also evidence supporting approval of a plan of allocation.  *See In re Payment Card Interchange Fee & Merch. Disc. Antitrust Litig.*, 986 F. Supp. 2d 207, 240 (E.D.N.Y. 2013) (holding conclusion that the proposed plan of allocation was fair and reasonable was "buttressed by the relatively small number of opt-outs and absence of objections from class members"); *In re Veeco Instruments Inc. Sec. Litig.*, 2007 WL 4115809, at *14 (S.D.N.Y. Nov. 7, 2007) ("[N]ot one class member has objected to the Plan of Allocation . . . . This favorable reaction of the Class supports approval of the Plan of Allocation[.]").

Finally, a lack of objections from settlement class members to an application for fees and

---

[4] In all case citations, internal citations and internal quotation marks are omitted unless otherwise indicated.

expenses supports a finding that the fee and expense request is fair and reasonable.  *See, e.g.*, *In re Signet Jewelers Ltd. Sec. Litig.*, 2020 WL 4196468, at *21 (S.D.N.Y. July 21, 2020) (holding "absence of any objections to the requested attorneys' fees and Litigation Expenses supports a finding that the request is fair and reasonable"); *In re Veeco Instruments Inc. Sec. Litig.*, 2007 WL 4115809, at *10 (holding the reaction of class members to a fee and expense request "is entitled to great weight by the Court" and the absence of any objection "suggests that the fee request is fair and reasonable"); *In re Telik, Inc. Sec. Litig.*, 576 F. Supp. 2d 570, 594 (S.D.N.Y. 2008) (holding that few or no objections to fee award is "powerful evidence that the requested fee is fair and reasonable.").

In addition, the limited number of requests for exclusion from the Settlement strongly supports granting the Final Approval Motion.  The Claims Administrator has mailed 40,338 copies of the Postcard Notice and virtually all Class Members have elected to remain in the Settlement Class.  *See* Suppl. Mailing Decl. at ¶¶ 3-4, 7-8.  That only one Class Member opted out of the Settlement supports approval. *See In re Signet Jewelers Ltd. Sec. Litig.*, 2020 WL 4196468, at *6 (holding "the small number of requests for exclusion support a finding that the Settlement is fair, reasonable, and adequate"); *In re Citigroup Inc. Bond Litig.*, 296 F.R.D. 147, 156 (S.D.N.Y. 2013) (holding "few requests for exclusion from class members are evidence that a settlement is fair and adequate").

In sum, the Settlement Class Members' emphatically positive reaction strongly favors final approval of the Settlement, Plan of Allocation, and Lead Plaintiff's and Lead Counsel's requests for attorneys' fees and expenses.  The Settlement, Plan of Allocation, and requests for fees and expenses should also be approved for the reasons that Lead Plaintiff and Lead Counsel explained

in their opening papers in support of the Settlement, Plan of Allocation, and Fee and Expense Application. (ECF Nos. 136-140).

## III.    CONCLUSION

For all the foregoing reasons, and those set forth in their opening papers, Lead Plaintiff and Lead Counsel respectfully request that the Court enter the proposed Final Judgment and Order of Dismissal with Prejudice.

Dated: April 3, 2024                              Respectfully submitted,

                                                  */s/ Michael Grunfeld*
                                                  Jeremy A. Lieberman
                                                  Michael Grunfeld
                                                  Brandon M. Cordovi
                                                  **POMERANTZ LLP**
                                                  600 Third Avenue, Floor 20
                                                  New York, NY 10016
                                                  Phone: 212-661-1100
                                                  Fax: 917-463-1044
                                                  jalieberman@pomlaw.com
                                                  mgrunfeld@pomlaw.com
                                                  bcordovi@pomlaw.com

                                                  *Lead Counsel for Lead Plaintiff and the
                                                  Settlement Class*

                                                  **BRONSTEIN, GEWIRTZ & GROSSMAN,
                                                  LLC**

                                                  Peretz Bronstein
                                                  Eitan Kimelman
                                                  60 East 42nd Street, Suite 4600
                                                  New York, NY 10165
                                                  Telephone: (212) 697-6484
                                                  Fax: (212) 697-7296
                                                  peretz@bgandg.com
                                                  eitank@bgandg.com

                                                  *Additional Counsel for Lead Plaintiff*