**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**SUPPLEMENTAL DECLARATION OF MICHAEL GRUNFELD IN FURTHER SUPPORT OF: (I) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF**

I, Michael Grunfeld, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am a partner at Pomerantz LLP ("Pomerantz"), Court-appointed Lead Counsel ("Lead Counsel") for Court-appointed Lead Plaintiff Jose Antonio Silva ("Silva," "Lead Plaintiff" or "Plaintiff") in this action (the "Action").[1] *See* ECF No. 41. I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.

2.     I respectfully submit this Declaration in further support of Lead Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 23, for final approval of the proposed $2,900,000 settlement (the "Settlement"), which the Court approved notice of in its Order dated December 20, 2023 (the "Order Approving Notice") (ECF No. 133); as well as final approval of the proposed plan for allocating the proceeds of the Net Settlement Fund to eligible Settlement Class Members (the "Plan of Allocation") and certification of the Class for settlement purposes only (collectively, the "Final Approval Motion") (ECF No. 137).

---

[1] Unless defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 16, 2023 ("Stipulation"). ECF No. 131-1.

3.      I also respectfully submit this Declaration in further support of Lead Counsel's motion, on behalf of all Plaintiffs' Counsel,[2] for an award of attorneys' fees of $965,700, plus interest earned at the same rate as the Settlement Fund; reimbursement of Lead Counsel's out-of-pocket expenses in the amount of $116,615.44, plus interest earned at the same rate as the Settlement Fund; and $15,000 to Lead Plaintiff, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA") for costs and expenses, including lost wages, incurred in connection with his representation of the Settlement Class (the "Fee and Expense Application") (ECF No. 139).

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Supplemental Declaration of Rochelle J. Teichmiller Regarding (A) Mailing of the Postcard Notice; (B) Report on Requests for Exclusion and Objections; and (C) Claims Received to Date.

5.      Attached hereto as Exhibit 2 is the [Proposed] Final Judgment And Order Of Dismissal With Prejudice.

I declare, under penalty of perjury under the laws of the United States, that the foregoing facts are true and correct.

Executed this 3rd day of April, 2024, at New York, New York.

/s/ Michael Grunfeld
Michael Grunfeld

---

[2] "Plaintiffs' Counsel" means Lead Counsel and Bronstein, Gewirtz & Grossman, LLC.