# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO:<br>Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**SUPPLEMENTAL DECLARATION OF ROCHELLE J. TEICHMILLER REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (C) CLAIMS RECEIVED TO DATE**

I, Rochelle J. Teichmiller, declare as follows:

1.      I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data")[1], whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's December 20, 2023, Order Approving Notice (ECF No. 133), A.B. Data was authorized to act as the Claims Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration to supplement the Declaration of Rochelle J. Teichmiller Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections (the "Initial Mailing Declaration") (ECF No. 140-2), dated March 5, 2024, which was previously filed with the Court.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated June 16, 2023 ("Stipulation"). ECF No. 131-1.

### UPDATE ON MAILING OF THE POSTCARD NOTICE

3.    As more fully stated in my Initial Mailing Declaration, as of March 5, 2024, A.B. Data had mailed a total of 40,169 copies of the Postcard Notice to potential Settlement Class Members and nominees. Since the date of the Initial Mailing Declaration, A.B. Data has mailed 153 additional Postcard Notices, and has re-mailed an additional 16 Postcard Notices, which were previously returned to A.B. Data by the United States Postal Service.

4.    Therefore, as of the date of this Declaration, A.B. Data has mailed a total of 40,338 Postcard Notices to potential Settlement Class Members.

### UPDATE ON TELEPHONE HOTLINE AND WEBSITE

5.    On or about January 12, 2024, A.B. Data established a case-specific toll-free phone number, 866-561-6086, with an Interactive Voice Response system and live operators. An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they may speak to an operator during business hours. If an operator is not available or if a call is placed after hours, the caller is instructed to leave a voicemail message. A.B. Data promptly returns calls to callers who leave a voicemail message. A.B. Data continues to maintain the telephone helpline and will continue to update the interactive voice response system as necessary through the administration of the Settlement.

6.    On or about January 12, 2024, A.B. Data also established a case-specific website, www.iAnthusSecuritiesLitigation.com, which provides general information regarding the case and its current status, including exclusion, objection, and claim-filing deadlines for the case; the online claim filing link; the date and time of the Settlement Hearing; as well as downloadable copies of the Postcard Notice, Long-Form Notice, Proof of Claim, and other court documents, including the Stipulation, Order Approving Notice and the opening papers in support of the Settlement.

## UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS

7.      The Postcard Notice and the Notice of (I) Pendency of Class Action and Proposed Settlement of Class Action; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Long-Form Notice") informed potential Settlement Class Members that written requests for exclusion were to be received no later than March 20, 2024.  A.B. Data has been monitoring all mail delivered to the post office box identified in the notice, as well as other correspondence it has received. As of the date of this Declaration, A.B. Data has received one (1) request for exclusion, which is attached hereto as Exhibit A.

8.      Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses were required to submit their objection in writing such that the request would be received by the Parties and filed with the Court no later than March 20, 2024.  As of the date of this Declaration, A.B. Data has not received any misdirected objections.

## UPDATE ON CLAIMS RECEIVED TO DATE

9.      Pursuant to the Preliminary Approval Order, Proofs of Claim are to be submitted no later than April 17, 2024. As of the date of this Declaration, A.B. Data has received 1,612 Proofs of Claim. As in most cases of this nature, the vast majority of Claims are expected to be submitted on or around the claim filing deadline. A.B. Data continues to process and load claim submissions.

10.     During the claims administration process, A.B. Data will review and process all Claims received, will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims, if applicable, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of April 2024.

_____

Rochelle J. Teichmiller

# EXHIBIT A

*IIN RE iANTHUS CAPITAL HOLDINGS INC. SECURITIES LITIGATION*
**No. 20-cv-03135-LAK**

**Exclusion Report**

| Exclusion Number | Name | Received Date | Number of Shares |
|---|---|---|---|
| 1 | John P. Corrigan | 03/20/2024 | 10,000 |

# Exclusion 1

Received March 20, 2024

March 11, 2024

Settlement Class
iAnthus Securities Litigation
ATTN: EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217


Dear Settlement Class Administrators

I, John P. Corrigan, request exclusion from the Settlement Class In iAnthus Capital Holdings, Inc. Securities Litigation, Case No.: 1:20-cv-03135-LAK.  I request exclusion for my entire 10,000 securities / shares that I currently hold.

Sincerely,
John P. Corrigan

COLUMBIA SC 290

11 MAR 2024PM 3 L

FOREVER USA



Settlement Class
iAnthus Sec. Litigation
Attn: Exclusions
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

53217-801201