UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re

iANTHUS CAPITAL HOLDINGS, INC.
SECURITIES LITIGATION, *et al.*,

20-cv-3135 (LAK)

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      On or before April 19, 2024, the parties shall submit a joint letter to the Court providing greater detail into the proposed plan of allocation of settlement funds. The letter shall include, but is not limited to, the following information: (1) the number of proofs of claims submitted by April 17, 2024; (2) the number of shares eligible to recover that are represented by such proofs of claim; (3) the expected per-share recoveries of claimants; (4) the methods of the consulting damages expert in calculating the reasonable estimate of potential damages at trial, the estimated recovery per security, and the estimated number of shares eligible to recover; (5) whether any claimants in any circumstances would be able to recover more than their recognized losses under the plan of allocation, and if not, how any funds undistributed to eligible claimants would be spent; (6) how the potential claimants who received notice of the proposed settlement were identified; and (7) how the potential claimants were contacted.

      SO ORDERED.

Dated:    April 10, 2024

                                                     Lewis A. Kaplan
                                                   United States District Judge