**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE iANTHUS CAPITAL HOLDINGS, INC. SECURITIES LITIGATION | No. 20-cv-03135-LAK<br>No. 20-cv-03513-LAK |
| THIS DOCUMENT RELATES TO: Nos. 20-cv-03135 (Securities Class Action), 20-cv-03513 (Cedeno) | |

**LEAD PLAINTIFF'S MOTION**
**TO DISTRIBUTE THE NET SETTLEMENT FUND**

Pursuant to the Final Judgment and Order of Dismissal With Prejudice dated May 28, 2024 (Dkt. No. 153, the "Final Order") and the Stipulation of Settlement dated June 16, 2023 (Dkt. No. 131-1, the "Stipulation"),[1] Lead Plaintiff hereby moves for the accompanying [Proposed] Order of Final Distribution of Settlement Fund providing for (i) the approval of the administrative determinations of the claims administrator, A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), accepting and rejecting claims submitted herein; (ii) authorizing the distribution of the Net Settlement Fund; (iii) authorizing that if any sums remain unclaimed and are not sufficiently large enough to warrant further distribution, the balance be paid to the CII Research and Education Fund; (iv) releasing and discharging all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, from any and all claims arising out of such involvement; and (v) the other provisions of the accompanying proposed Order in support of these items.

Lead Plaintiff makes this motion consistent with Paragraph 31 of the Stipulation requiring that Lead Plaintiff apply for a Class Distribution Order, as well as Paragraph 9 of the Final Judgment and Order of Dismissal with Prejudice providing that "Lead Counsel and the Claims Administrator are directed to administer the Revised Plan of Allocation in accordance with its terms and the terms of the Stipulation." ECF Nos. 131-1, 153. In support of this motion, Lead Plaintiff submits herewith an accompanying Memorandum of Law and the Declaration of Rochelle J. Teichmiller in Support of Lead Plaintiff's Motion to Distribute the Net Settlement Fund.

---

[1] Unless otherwise indicated, all capitalized terms herein have the same meanings as set forth in the Stipulation.

Dated: September 30, 2024        Respectfully submitted,

/s/ Michael Grunfeld
Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
**POMERANTZ LLP**
600 Third Avenue, Floor 20
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
bcordovi@pomlaw.com

*Lead Counsel for Lead Plaintiff and the
Settlement Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC**

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Fascimile: (212) 697-7296
peretz@bgandg.com
eitank@bgandg.com

*Additional Counsel for Lead Plaintiff*

2